UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN NURSES ASSOCIATION, INC., d/b/a AMERICAN NURSES ASSOCIATION, 8515 George Avenue Suite 400 Silver Spring, Maryland 20910 <br><br> Plaintiff, <br><br> - v. - <br><br> UNITED AMERICAN NURSES, AFL-CIO, 8515 Georgia Avenue Suite 400 Silver Spring, Maryland 20910 <br><br> Defendant. | Civil Action No. |

## NOTICE OF REMOVAL

Defendant United American Nurses, AFL-CIO ("UAN") pursuant to 28 U.S.C. § 1441, hereby removes the above-captioned case to this Court from the Superior Court of the District of Columbia.

In support of this notice, UAN states:

1.      On or about April 9, 2007, Plaintiff American Nurses Association, Inc. ("ANA") filed a complaint in *American Nurses Association, Inc. v. United American Nurses, AFL-CIO,* Case No. 2529-07, in the Superior Court of the District of Columbia.  A copy of the summons and complaint is attached hereto as Exhibit A.

2.      On April 11, 2007, Defendant UAN received a copy of the summons and complaint in that case.  (A courtesy copy of the summons and complaint had been e-mailed on April 10, 2007 to Susan Davis of Cohen, Weiss and Simon LLP; on April 11, 2007, UAN

authorized Cohen, Weiss and Simon LLP to accept service).  On April 11, 2007, counsel for

ANA filed an affidavit of service.  A copy of that affidavit is attached hereto as Exhibit B.

    **3.**    The documents attached as Exhibits A and B constitute all of the process and

pleadings in this action to date, as required by 28 U.S.C. §1446(a).

    **4.**    This Court is the United States District Court within whose district the case is

pending as provided in 28 U.S.C. §1441(a).

    **5.**    ANA's action may be removed to the United States District Court for the District

of Columbia pursuant to 28 U.S.C. §§ 1331, 1337 and 1441, because it arises under the federal

labor laws of the United States.

    **6.**    ANA alleges in the complaint that UAN has breached an Autonomy and

Affiliation Agreement by failing to remit certain union dues received by UAN members to the

ANA.

    **7.**    The Autonomy and Affiliation Agreement is a contract between labor

organizations within the meaning of Section 301 of the Labor Management Relations Act of

1947, 29 U.S.C. §185, and the ANA's claim is therefore completely preempted by federal law.

*See Lathers Local 42-L v. United Bhd. of Carpenters*, 73 F.3d 958, 961 (9th Cir. 1996) (holding

that affiliation agreement between the Lathers and Carpenters was "contract" within meaning of

Section 301); *Local No. 1, Broadcast Employees of the IBT v. IBT*, 419 F. Supp. 263, 288 (E.D.

Pa. 1976) (reaching same conclusion about affiliation agreement between Teamsters and

American Communications Association).

    **8.**    This Notice of Removal is timely filed pursuant to 28 U.S.C. §1146(b) in that it is

filed within thirty days after UAN first received a copy of the summons and complaint.

9.    A copy of this notice will be filed with the clerk of the Court of the Superior Court of District of Columbia.

WHEREFORE, NOTICE IS HEREBY GIVEN that the above-captioned case is removed to the United States District Court for the District of Columbia.

Respectfully submitted,

Dated: May 8, 2007                    By: _____

Charles W. Gilligan (394710)
R. Richard Hopp (432221)
O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 362-0041: telephone
(202) 362-2640: facsimile
cgilligan@odonoghuelaw.com
rhopp@odonoghuelaw.com

Joseph J. Vitale (430395)
COHEN, WEISS and SIMON LLP
330 West 42nd Street
New York, New York 10036
(212) 563-4100

*Attorneys for Defendant*
*United American Nurses, AFL-CIO*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of Notice of Removal to be served this 8th day of May 2007 via first class, postage prepaid, U.S. mail upon:

Nicholas S. McConnell
JACKSON & CAMPBELL, P.C.
1120 Twentieth Street, N.W.
South Tower
Washington, DC 20036-3427

_____
R. Richard Hopp

157537_1

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN NURSES ASSOCIATION, INC., d/b/a AMERICAN NURSES ASSOCIATION, | ) ) ) |  |
|  | ) | Civil Action No. |
| Plaintiff, | ) ) |  |
| - v. - | ) ) |  |
| UNITED AMERICAN NURSES, AFL-CIO, | ) ) |  |
| Defendant. | ) ) ) ) ) ) ) ) |  |

## NOTICE OF REMOVAL
## <u>EXHIBIT A</u>

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
### 500 Indiana Avenue, N.W., Room JM-170
### Washington, D.C. 20001 Telephone: 879-1133

American Nurses Association, Inc.

*Plaintiff*

VS.

United American Nurses, AFL-CIO

*Defendant*

Civil Action No.

0002529-07

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon your exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear **below.** If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue. N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Nicholas S. McConnell

Name of Plaintiff's Attorney

1120 20th Street, N.W., #300 South

Address

Washington, DC 20036

202-457-1600

Telephone

By _____
Deputy Clerk

Date _____

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(6)-456/Mar. 93

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
(Civil Division)

American Nurses Association, Inc., )
d/b/a American Nurses Association, )
A District of Columbia, )
Non-Stock, Non-Profit Corporation, )
8515 Georgia Avenue, )
Suite 400, )
Silver Spring, MD  20910, )

RECEIVED
Civil Clerk's Office
APR 0 9 2007
Superior Court of the
District of Columbia
Washington, D.C.

0002529-07

          Plaintiff, )
          )
  v. )       C.A. No. _____
          )       Calendar _____
United American Nurses, AFL-CIO, )   Judge _____
An Unincorporated Labor Union, )
8515 Georgia Avenue, )
Suite 400, )
Silver Spring, MD  20910, )
          )
**SERVE:**   Any Officer, Managing )
        Agent, or General Agent )
        8515 Georgia Avenue )
        Suite 400 )
        Silver Spring, MD  20910 )
          )
          Defendant. )

## COMPLAINT

### (Breach of Contract; Declaratory Judgment)

Plaintiff American Nurses Association, Inc., by counsel, moves for judgment

against Defendant United American Nurses, AFL-CIO, on the grounds and in the

amounts as hereinafter set forth:

### Introduction

1.     Plaintiff American Nurses Association, Inc. ("ANA") is a national

membership organization that represents registered nurses through fifty-four (54)

Constituent Member Associations ("CMAs").  On December 12, 2002, ANA entered into a written contract with United American Nurses, AFL-CIO ("UAN"), a national labor union, whereby UAN was established as ANA's only "Associate Organizational Member" for collective bargaining purposes.  The contract became effective on July 1, 2003.  Pursuant to the contract, UAN agreed to pay to ANA all or some of the dues collected from its members.  The portion of UANs' members' dues to be paid to ANA depends on a number of factors, including whether such members are represented by a CMA.

    2.      Beginning in 2004, and with respect to approximately 250 of its members who work for the U.S. Department of Veterans Affairs, UAN has failed and refused to pay to ANA the total portion of its members' dues which is due and owing to ANA.  Thus, ANA has been forced to bring this lawsuit to compel UAN to honor its contractual obligations and to recover the amount wrongfully withheld.

### Parties

    3.      ANA is a District of Columbia non-stock, non-profit corporation, with its principal place of business located at 8515 Georgia Avenue, Suite 400, Silver Spring, Maryland  20910.

    4.      UAN is an unincorporated labor union and was headquartered in the District of Columbia at the time the parties entered into the written contract at issue in this lawsuit and when that contract became effective.  UAN now maintains its principal place of business at 8515 Georgia Avenue, Suite 400, Silver Spring, Maryland 20910.  UAN transacts business in the District of Columbia.

**Jurisdiction**

5.      This Court has jurisdiction over these parties and these matters pursuant to D.C. Code §§ 11-921, 11-946, and 13-423, and 28 U.S.C. § 2201.

**Factual Allegations**

6.      ANA is a national membership organization that represents registered nurses through fifty-four (54) CMAs.  On December 12, 2002, ANA entered into an Autonomy and Affiliation Agreement ("Agreement") with UAN, whereby UAN was established as ANA's only "Associate Organizational Member" for collective bargaining purposes.  See Autonomy and Affiliation Agreement, a copy of which is attached as Exhibit "A" hereto and incorporated herein by reference.  The Agreement became effective on July 1, 2003.

7.      Pursuant to the Agreement, UAN agreed that ANA would receive either all or some of the dues collected from its members.  The portion of the UAN members' dues to be paid to ANA depends, in part, on whether such members are represented by a CMA.

8.      In Paragraph 4 of the Agreement, entitled "UAN National Council Members," the parties agreed that, with respect to "registered nurse members of UAN who are represented through UAN authorized National Councils **and not also CMA members**," UAN would "pay the full dues or dues conversion factor on behalf of any such registered nurse member of the UAN to the ANA."  See id., ¶ 4 (emphasis added).

7

9.     As unambiguously memorialized in the Agreement, the parties understood and agreed that Paragraph 4 was to govern the dues to be collected by ANA from UAN members who are represented by a National Council but **not** a CMA.

10.    In Paragraph 6 of the Agreement, entitled "Allocation of Dues," the parties further agreed that "dues collected from each UAN nurse collective bargaining member after applying the ANA dues conversion factor" would be allocated according to a schedule set forth in the Agreement. See id., ¶ 6.

11.    The parties understood and agreed that Paragraph 6 was to govern dues to be collected by ANA from UAN members who are represented by a National Council **and** a CMA.

12.    The provisions under Paragraph 4 governing the remittance of dues to ANA are more favorable to ANA than the provisions under Paragraph 6.

13.    In early 2004, approximately 250 members of the UAN's Veterans Affairs Council relinquished their CMA membership ("Affected UAN Members"). The number of Affected UAN Members has grown to approximately 480.

14.    Thereafter, the dues owed to ANA by UAN on behalf of the Affected UAN Members, which had been subject to the provisions of Paragraph 6 of the Agreement, became subject to the provisions of Paragraph 4 of the Agreement.

15.    In violation of the Agreement, however, UAN has failed and refused to pay the full and **total** portion of the Affected UAN Members' dues which is due and owing to ANA. Instead, despite the clear and unambiguous language of Paragraph 4,

7

UAN continues to treat the dues collected from the Affected UAN Members as subject to the provisions of Paragraph 6 of the Agreement.

16.     By treating the dues paid by the Affected UAN Members as subject to the provisions of Paragraph 6 of the Agreement, UAN has kept a larger portion of those dues payments than it is entitled to keep.

17.     UAN's unjustified failure and refusal to pay the full and total portion of the Affected UAN Members' dues which is due and owing to ANA despite demand therefor constitutes a material breach of the Agreement.

18.     As a result of that material breach, a balance of **$58,220.68** remains due and owing from UAN to ANA.

### COUNT I
### (Breach of Contract)

19.     ANA incorporates by reference paragraphs 1 through 18, inclusive, as if set forth fully herein.

20.     In Paragraph 4 of the Agreement, entitled "UAN National Council Members," the parties agreed that, with respect to "registered nurse members of UAN who are represented through UAN authorized National Councils **and not also CMA members**," UAN would "pay the full dues or dues conversion factor on behalf of any such registered nurse member of the UAN to the ANA." See id., ¶ 4 (emphasis added).

21.     In violation of the Agreement, UAN has failed and refused to pay the full and **total** portion of the Affected UAN Members' dues which is due and owing to ANA.

7

22.    UAN's unjustified failure and refusal to pay the full and total portion of the Affected UAN Members' dues which is due and owing to ANA despite demand therefor constitutes a material breach of the Agreement.

23.    As a result of that material breach, a balance of **$58,220.68** remains due and owing from UAN to ANA.

24.    ANA has fully performed all of its obligations under the Agreement.

**COUNT II**
**(Declaratory Judgment)**

25.    ANA incorporates by reference paragraphs 1 through 24, inclusive, as if set forth fully herein.

26.    An actual, justiciable controversy exists with respect to whether dues paid to UAN by the Affected UAN Members, which had been subject to the provisions of Paragraph 6 of the Agreement, became subject to the provisions of Paragraph 4 of the Agreement.

27.    Paragraph 4 of the Agreement governs the dues to be collected by ANA from UAN members who are represented by a National Council but **not** a CMA.

28.    Dues paid to UAN by the Affected UAN Members, which had been subject to the provisions of Paragraph 6 of the Agreement, became subject to the provisions of Paragraph 4 of the Agreement as of April, 2004 when the Affected UAN Members ceased their membership with a CMA.

**Damages**

**WHEREFORE**, Plaintiff American Nurses Association, Inc., demands judgment in its favor and against Defendant United American Nurses, AFL-CIO, and prays that the Court:

a.    Award **$58,220.68** to Plaintiff American Nurses Association, Inc. for unpaid dues which are due and owing from Defendant United American Nurses, AFL-CIO;

b.    Adjudicate, decree, and declare that Paragraph 4 of the Agreement governs the dues to be collected by ANA from UAN members who are represented by a National Council but **not** a CMA;

c.    Adjudicate, decree, and declare that dues paid to UAN by the Affected UAN Members, which had been subject to the provisions of Paragraph 6 of the Agreement, became subject to the provisions of Paragraph 4 of the Agreement as of April 2004; and

d.    Award such other and further relief as may be deemed just and appropriate.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

By: _____
Nicholas S. McConnell (#167742)
nmcconnell@jackscamp.com
Russell S. Drazin (#470091)
rdrazin@jackscamp.com
1120 Twentieth Street, N.W.
South Tower
Washington, DC  20036-3437
(202) 457-1600 – telephone
(202) 457-1678 – facsimile

Counsel for Plaintiff American
Nurses Association, Inc.

7

# EXHIBIT A

AUTONOMY AND AFFILIATION
AGREEMENT
BETWEEN
AMERICAN NURSES ASSOCIATION
AND
UNITED AMERICAN NURSES, AFL-CIO

WHEREAS          The American Nurses Association ("ANA") and United American Nurses,
AFL-CIO ("UAN") desire to set forth the terms of their relationship by
agreement, and

WHEREAS          The parties desire to establish UAN as an autonomous, self-governing
national labor organization, and as ANA's only Associate Organizational
Member (AOM) for collective bargaining, and to establish UAN's
exclusive status;

WHEREAS          The parties desire to establish UAN as a strong, self-governing, truly
competitive national union with its own governance, finances, direction,
and staff.

NOW, THEREFORE, IT IS HEREBY AGREED:

1.     UAN Autonomy and Affiliation[*]
UAN, AFL-CIO shall be a wholly autonomous, self-governing national labor
organization, affiliated with ANA, as the only Associate Organizational Member of ANA
for collective bargaining.  ANA shall not accord membership status or formal affiliation
to any other non-CMA union, except pursuant to paragraphs 4 and 15 of this Agreement.
ANA is free to use its name, logo and "brand" for any purpose whatsoever, except that it
shall not permit the use of its name, logo and "brand" by any union except its CMAs and

---

[*]The captions in this Agreement are for reference only and do not define, limit or affect
the actual language thereof.

the UAN, unless such use is in connection with ANA participation in coalition work or the ANA's marketing of an ANA program or product, e.g., on-line continuing education.

2. <u>Purposes and Governance</u>:

UAN shall in all respects have its own governing documents, establish and implement its own policies, and be fiscally and administratively autonomous. ANA acknowledges that the purposes, functions and governance of UAN shall be defined by its own Constitution and Bylaws, including but not limited to the following:

(1)   ensuring that nurses have meaningful access to collective bargaining and representing registered nurses.

(2)   providing democratic self-governance as a national labor organization under the leadership of elected nurse members, with staff support including a National Director.

(3)   providing effective organizing and collective bargaining services.

(4)   serving as the national labor organization for the CMAs' individual labor programs to strengthen and enhance such programs.

(5)   establishing and implementing an effective national labor agenda.

(6)   levying dues and assessments to support the programs and activities of UAN.

Likewise, UAN acknowledges that the purposes, functions and governance of ANA shall be defined by its own bylaws and other applicable ANA policies.

3. <u>ANA Members in UAN</u>

For the duration of this Agreement, all constituent members of ANA who represent registered nurses for the purpose of collective bargaining or their separate collective bargaining programs shall be members of the UAN. Constituent members of ANA who represent registered nurses for the purpose of collective bargaining or their separate collective bargaining programs shall have until July 1, 2005, to join the UAN.

4.   UAN National Council Members

ANA shall seek Bylaws changes to make provision for membership and appropriate participation within ANA's governance structure for registered nurse members of UAN who are represented through UAN authorized National Councils and not also CMA members (e.g., situations where a geographically suitable UAN CMA is unable or unwilling to provide full collective bargaining member status to nurse members represented by UANBC or the UAN VA Council). Upon the adoption and implementation of such Bylaws changes, UAN shall pay the full dues or dues conversion factor on behalf of any such registered nurse member of the UAN to the ANA.

5.   Transmittal of Dues

Commencing on the Effective Date of this Agreement, UAN dues for collective bargaining members shall be transmitted by CMAs to UAN. ANA dues shall be transmitted directly to ANA.

6.   Allocation of Dues

a. Commencing on the Effective Date of this Agreement (except commencing January 1, 2003, for calendar year 2003), dues collected from each UAN nurse collective bargaining member after applying the ANA dues conversion factor, shall be allocated as follows:

|  | ANA | UAN |
|---|---|---|
| 2003 | 46% | 54% |
| 2004 | 46% | 54% |
| 2005 | 44% | 56% |
| 2006 | 42% | 58% |
| 2007 and thereafter | 40% | 60% |

b. Commencing on January 1, 2008, UAN shall receive 63% of the dues or dues conversion factor of each UAN nurse collective bargaining member in the following category: all new overlapping members of the ANA and UAN above the base line number, which shall be the greater of 85,500 plus the collective bargaining membership

3

of the Hawaii Nurses Association or the overlapping membership of ANA and UAN as of 12/31/07.

7.  Agency Shop Fees

Commencing on the Effective Date of this Agreement, UAN will receive 100% of agency shop fees which would otherwise be remitted to ANA under the present structure (fees paid by non-members represented by CMAs under collective bargaining contract union security requirements). Between January 1, 2003 and the Effective Date, agency shop fees remitted to ANA will be credited to UAN for UAN's use, in addition to the dues allocation set forth in paragraph 6 above.

8.  Working Capital Fund

Within 30 days of the Effective Date of this Agreement, ANA will provide UAN with a one-time grant of $740,000 to establish a UAN reserve (working capital) fund.

9.  Administrative Fee and Operational Support

The UAN shall pay to the ANA a fixed administrative fee for operational support services in the amount of (i) $1,200,000 per year beginning January 1, 2003 provided that the fee shall be discounted to $900,000 beginning with the Effective Date of this Agreement and continuing for five years from the Effecive Date, (ii) at the conclusion of five years from the Effective Date, the annual administrative fee shall be $1,275,000 until August 1, 2009; and (iii) on or after 1/1/09, the parties will attempt to renegotiate the $1,275,000 to be effective 8/1/09. The annual fee shall be paid in equal monthly installments due and payable on the first of each month, and shall be prorated on a monthly basis in the event that the discount or increase in the administrative fee stated above or termination of this Agreement occurs during a calendar year. Said fee shall entitle the UAN to operational support services at the level provided by ANA to UAN in FY 2002 unless otherwise agreed, subject to ANA's standard business practices set forth in Attachments 1 and 2 and the Memorandum of Understanding Concerning Attachments

4

1 and 2.  Such fee shall also entitle the UAN to the following with respect to office space and additional staff: 1688 square feet of usable office space in the new building, as set forth in the Co-location Agreement, Attachment 3; general operational support services for up to 6 additional staff located at the headquarters office over the UAN current staffing level, and furniture and equipment in three of six new offices.

10.    Reconciliation of 2003 UAN Budget
Recognizing that the Effective Date of this Agreement will be after January 1, 2003, the UAN's budget for calendar year 2003 will be determined and implemented in accordance with the applicable provisions of paragraph 6, 7 and 9 above except for the administrative fee discount prior to the Effective Date.  There will be a joint reconciliation promptly after the Effective Date to determine any 2003 budget surplus or deficit for UAN as of the Effective Date and the figure for an appropriate cash settlement between the parties as of the Effective Date shall be determined.

11.    Support Services for UAN
From the Effective Date of this Agreement through 2005, the UAN shall be entitled to receive, without additional charge:
a.  web site support, at the current level valued at $150,000, subject to standard ANA business practices;
b.  one full-page in each of the six issues per year of *The American Nurse*, valued at $13,200 per year, with UAN having full control over the editorial content of its page, subject to the editorial and advertising policies of TAN;
c.  two full-page, 4-color advertising pages in the *American Journal of Nursing* per year, valued at $35,000 per year, subject to compliance with the restrictions that are outlined in the ANA contract with Lippincott and AJN advertising policies;
d.  marketing staff to support campaigns and the work of UAN; during year one of this Agreement, equivalent to ½ FTE, valued at $50,000 and during years 2004-2005, 1/4 FTE per year valued at $25,000 per year.

5

12.    <u>Co-location</u>

UAN will continue to co-locate with ANA for the remainder of ANA's current lease at 600 Maryland Avenue, S.W., and for five years under the new office space lease in the greater metropolitan District of Columbia area; such five years to begin no later than August 1, 2004. In the event that this Agreement is terminated by ANA, UAN shall have no further obligations under this paragraph. ANA and UAN will cooperate in planning for location within the leased space, office space design, and arrangements for expansion space during the five-year term. The parties shall execute a "Co-location Agreement" (Attachment 3) contemporaneously with the execution of this Agreement.

13.    <u>Joint Leadership Committee</u>

ANA and UAN shall establish a joint committee with three members each from the ANA Board of Directors and the UAN Executive Council, as well as the ANA CEO and the UAN Executive Director. This committee will meet two times per year to coordinate and address issues of mutual concern.

14.    <u>Joint Staff Transition Committee</u>

The need to smoothly and efficiently change financial, administrative and related practices on and after the Effective Date of this Agreement requires that an orderly transition be arranged in a cooperative spirit. To accomplish this objective, the parties will establish a joint transition committee to address operational issues which may by mutual agreement begin functioning prior to the Effective Date. The transition committee shall be composed of senior executive staff, with the understanding that officers may be required to approve certain actions and that other staff of each party may also participate in the work of the committee. Subject to officer approval, the committee's authority will include addressing and resolving issues as to transmission of dues pursuant to paragraph 5 and reconciliation pursuant to paragraph 10 above.

15.    <u>Independent Unions that Affiliate with UAN</u>

It will be UAN's goal that affiliation agreements with independent nurses' unions that affiliate with UAN include provision for payment of standard ANA dues through UAN remittance, provided that ANA will provide ANA membership and appropriate participation in the governance structure within ANA for such organizations and their registered nurse members if this goal is achieved. In the event UAN cannot achieve payment of the standard ANA dues payment through such affiliation agreements, it shall explore alternative financial benefits to the ANA in exchange for the affiliates' receipt of something less than full membership in ANA. In this latter event, UAN shall consult the ANA regarding possible arrangements.

16.  <u>Obligations to ANA for Former Members</u>

UAN will remit to ANA an amount equivalent to standard ANA dues for the registered nurse members of any CMA that is a UAN or ANA member as of September 5, 2002 and that thereafter disaffiliates from ANA but remains a UAN member.

17.  <u>UAN Staff</u>

The UAN and ANA shall cooperate with respect to staff transition and staff benefit issues. If necessary and at UAN's expense, the ANA will retain UAN employees on its payroll for up to 60 days after UAN becomes autonomous to ensure continuing benefit coverage for the 60 day period. As of the Effective Date of this Agreement, UAN shall assume sole responsibility for salaries and paying for the benefits of any ANA staff who become employees of an autonomous UAN. ANA retains responsibilities attributed to employment by ANA up to the time of separation from ANA's employ. As long as the carriers permit, the ANA benefit plans in which the UAN employees may participate after UAN becomes autonomous are the health plan, the employee assistance plan, life insurance, accidental death and dismemberment insurance, long term disability insurance and the health/dependent care plan; all other benefits or benefit plans shall be provided by UAN under its own plans. ANA will amend its defined benefit plan and its 401(k) plan to provide for the vesting of all ANA permanent staff employed as of November 22, 2002 who have not yet vested and who become employees of an autonomous UAN upon

7

the establishment of UAN. ANA will make provision for all current and future UAN employees to participate in its health plan, with the same benefits as ANA employees, provided that UAN will pay the full member fee for health and dental benefits for Washington metropolitan area employees and will pay the established premium for field staff and provided further that ANA will have sole responsibility for determining the carrier and benefits provided under the plan. ANA will pay for all call-up, stop loss insurance and all other costs associated with its health plan over and above the full member fee, and UAN will have no financial obligations in connection with the health plan other than the full member fee and field staff premiums. ANA will make provision for health coverage for UAN field staff at a commercially reasonable cost to UAN. ANA will assist UAN in setting up its benefit plans by providing copies of ANA's existing plans and facilitating expert assistance. ANA will pay the conversion project fee up to $1550 associated with the 401(k) plan. UAN staff may participate in the ANA insurance plans (life, AD&D, and LTD), employee assistance program and health/dependent care flex program at the same cost and with the same benefits as ANA employees, provided that UAN pays the per-person and other applicable charges, and that the carriers and benefits of these plans shall be determined solely by the ANA. ANA will continue to provide operational support services in connection with UAN staff benefits (e.g. distribution of plan booklets, literature, membership cards and other materials) at no extra charge to UAN.

18.   Ownership of Name and Logo

As of the Effective Date of this Agreement, UAN shall be the sole and exclusive owner of its name "United American Nurses" and "UAN" and shall own all right, title and interest in its name in perpetuity. In addition, UAN shall have the same sole and exclusive ownership of any UAN logo which is distinct from the ANA logo, all UAN records, files and documents (regardless of the format in which they may exist), and all materials prepared by or for UAN since July 1, 1999 (including but not limited to UAN website content, videos, and publications and training materials, of every kind). ANA

agrees to transfer all elements of such ownership and any trademarks or copyrights for any of the foregoing held by ANA to UAN and will cooperate and take any necessary steps to effect such transfer. ANA may continue to use such materials in the same manner as it had prior to the Effective Date of this Agreement. The foregoing is subject to ANA's retention of its copyright in any underlying materials from which the material developed for UAN was a derivative work. In the event future materials are developed as a result of collaboration between UAN and ANA, the copyright shall be jointly owned by UAN and ANA. It is understood and agreed that ANA's staff involvement for implementation purposes only, such as taking UAN developed content and formatting it for a brochure, does not amount to collaboration for purposes of joint copyright. It is agreed that each party shall retain its own working files, notwithstanding references to the other party that may be contained therein. ANA shall retain all historical materials that pertain to the establishment of the UAN, subject to UAN's right to review and copy such materials.

19. Use of ANA's Logo and Affiliation

The UAN may state or note its affiliation as an AOM with the "American Nurses Association" and/or "ANA" and may use the ANA logo in the same manner as it has since 1999. UAN affiliates are not entitled to note their affiliation with the ANA unless dues or other payments are made to the ANA.

20. Liabilities of Each Organization

The parties agree that each is responsible for the actions and omissions of its own respective officers, employees and agents. When ANA provides operational support services to UAN, it does so without assuming any liability for the content, actions, omissions or decisions of the UAN. For example, by performing human resource services for UAN, ANA does not thereby assume any liability whatsoever for human resource decisions made by UAN. When ANA provides additional services outside the scope of operational support services, such as communications, marketing or program work, ANA does so without assuming any liability for the content, actions, omissions, or

9

decisions of the UAN. For example, web page content and TAN or AJN copy submitted by the UAN will be the sole responsibility and liability of the UAN. The parties shall enter into an Indemnification Agreement regarding duty of fair representation claims, the limited nature of which does not imply any joint liability for other areas.

21.    Member Benefit Programs

UAN may not compete with ANA with respect to member benefit programs offered or in development by the ANA as of September 30, 2002, which are specified in Attachment 4 to this Agreement, provided that UAN, UAN members and UAN affiliates may participate fully, without restriction, in AFL-CIO member benefit programs. UAN will not include an AFL-CIO credit card option in its Union Privilege program.

22.    ANA Membership Initiatives and Biennial HOD

The UAN Executive Council will adopt resolutions which declare its support for new ANA membership initiatives (MALD on a pilot project/state option basis, individual associate member category, organizational associate member category) and a biennial HOD meeting, and make the resolutions available to ANA for distribution.

23.    Governance Pending Adoption of UAN Constitution and Bylaws

After the Effective Date of this agreement, and pending the formal adoption of the UAN Constitution and Bylaws by the UAN National Labor Assembly, UAN shall continue to be governed by the provisions of Article VIII (as amended in 2001), except that the principles and provisions of self-governance contained in this Agreement shall be applicable in all respects.

24.    Transfer of Representation Rights to UAN

ANA agrees to transfer any collective bargaining certification or recognition held by ANA to UAN without impairment or interruption and will cooperate and take any necessary steps to effect such transfer.

10

25.    Effective Date of Dues Allocation, Agency Fee, Joint Reconciliation,
       Transition Committee and Approval Process

The term "Effective Date" as used in this Agreement shall be the Effective Date of this
Agreement, set forth in paragraph 26 below, provided that applicable provisions of
paragraphs 6 (2003 dues allocation), 7 (second sentence, agency shop fees), 10 (joint
reconciliation), 14 (transition committee) and 26(approval process) shall be effective
pending approval or termination of the Agreement

26.    Approval Process and Effective Date of Agreement

This Agreement shall be presented for initial approval to the ANA Board of Directors
and UAN Executive Council as soon as possible, but no later than December 13, 2002.
UAN and ANA will promptly notify each other as to whether this Agreement has been
approved by the UAN Executive Council and ANA Board of Directors. If this
Agreement receives approval by both these bodies no later than December 13, 2002, this
Agreement shall then be presented to the UAN National Labor Assembly for approval. If
this Agreement is approved by the UAN National Labor Assembly, ANA will present all
bylaws and policy amendments which are required for ANA to fully and completely
implement this Agreement to the 2003 ANA House of Delegates, which will be held on
June 25-27, 2003. The ANA President shall immediately inform UAN in writing of the
results of House of Delegates actions and certify in writing within 48 hours of
adjournment of the House of Delegates as to whether all required bylaws and policy
amendments have been adopted by the ANA House of Delegates. This Agreement shall
be effective and have an Effective Date as of the first day of the month after such timely
written certification by ANA, provided that the Effective Date of this Agreement after
such certification shall be no later than July 1, 2003. If this Agreement is not approved
by any required ANA or UAN governing body at any stage of the approval process, or if
ANA does not certify within 48 hours of adjournment of the ANA House of Delegates
that all required bylaws and policy amendments have been adopted, this Agreement
automatically terminates and will be of no further force or effect whatsoever.

27.     Duration of Agreement

Upon approval under paragraph 26 above, this Agreement shall remain in effect for five years (60 months) after the Effective Date and indefinitely thereafter unless and until terminated in the manner set forth herein or as modified by mutual written agreement of ANA and UAN. In the event that either organization desires to terminate this Agreement at the end of or after the five year (60 month) period, it shall give at least six months written notice to the other organization. Such notice may be given six months or more prior to the end of 60 months after the Effective Date for termination at the end of such 60 months or may be given at any time thereafter. ANA and UAN will meet and confer promptly after the giving of such notice in an effort to resolve any differences which are related to the notice of termination. Each organization will also reasonably honor the request of the other to appear before a national governing body of the other organization which meets after the giving of such notice.

For American Nurses Association

_____

_____

For United American Nurses, AFL-CIO

_____

_____

Dated _____

12

## Attachment 1
## ANA Listing of Standardized Business Practices
### (as of September 2002)

This Listing of Standardized Business practices refers to paragraph 2, of the "Autonomy and Affiliation Agreement between American Nurses Association and the Associate Organizational Member for United American Nurses". ANA employs in the support and member services departments standardized processes, practices, reporting formats, or common use activities across the enterprise to ensure efficiencies of time, money and staff. This appendix does not outline the specifics of each item listed but attempts to identify the existence of such standard processes, practices, reporting formats, or common use activities and the stipulation that when using these services the using activity will comply with the existing processes. The below list of processes, practices, reporting formats, and common use activities will change over time at ANA's sole discretion. It is the expectation that change will be coordinated with using activities and that using activities will use the new practices, reporting formats, or common use activities. An asterisk denotes those processes, practices, reporting formats, or common use activities which may not be available in all respects to autonomous organizations.

1.  **Financial Management/Accounting**
    a.  Use of centralized general ledger
    b.  Use of centralized accounts payable system
        i.  Different organizations do use separate bank accounts and check stock
    c.  Use of centralized accounts receivable system
        i.  Capability exists for multiple invoice formats
    d.  Standardized payroll system with 26 pay periods
        i.  Includes direct deposit for employees who choose to participate
        ii.  Tracks sick, vacation, personal and "comp time" balances
    e.  Monthly financial reports using standardized format
        i.  General Ledger Detail
        ii.  Variance Report
        iii.  Financial Statements
    f.  Central billing for states who opt to participate
        i.  ANA invoices members, collects membership data and allocates dues dollars and transmits them to appropriate parties (ie: CMA, ANA)
    g.  Standard procedures and demographic data in the central membership database which includes:
        i.  Membership status
        ii.  Address and phone information
        iii.  Demographic information as provided
        iv.  Committee participation history
    h.  Manages audit process using outside accounting firm
    i.  Prepares tax returns using both in-house and outside accounting firm expertise
    j.  Prepare both ANA and UAN LM2s using both in-house and outside accounting firm expertise
    k.  Standardized cash management

    i.  Manage operating accounts through centralized bank
    ii.  Manage reserve account through co-mingled fund
   l.  Centrally coordinated budgeting process using single budgeting tool
    i.  Includes capital budget process
   m.  Supports Committee of Finance and Board of Directors Meetings with standardized reports or as requested provides
    i.  Financial reports using standardized format
    ii.  Presentation of financial position and analysis
    iii.  Organizations are responsible for any travel expenses incurred by staff to attend meeting
   n.  Standardized levels of approval for invoices, check and other financial documents

2.  **Human Resources**
   a.*  Corporately related organizations may participate in standardized benefit plans (if legally permitted to do so). Responsible for costs for any employees participating in the programs Existing plans include:
    i.  Medical insurance, including dental and psychiatric benefits
    ii.  Life insurance
    iii.  Long term disability
    iv.  Flex benefits
    v.  Employee Assistance Plan (EAP)
    vi.  Defined pension plan
    vii.  Defined contribution plan (401K)
   b.  Recruit and hire employees
    i.  Classified advertising development
    ii.  Testing of clerical skills using standardized tests as applicable
    iii.  Screening of resumes
    iv.  Initial interviews
    v.  Reference checks
    vi.  Management of search firm if required (requesting organization assumes cost of search)
   c.  Uniform maintenance of personnel records
   d.  Position control and "standardized" salary levels for non-management positions based on position levels.
   e.*  Labor Relations managed through existing staff union contract for corporately related entities.
   f.  Coordinates management and staff bargaining union relations through Labor Management Committee
    i.  Primary Office for resolving employee grievances through Contract provisions

3.  **Office of Technology**
   a.  Standardized hardware (Requirements analysis, procurement, implementation, testing, vendor management, and maintenance)
    i.  Standard desktop personal computers

      ii.     Standard department networked printers

      iii.    Local area network access and support

      iv.    Special hardware including printers for individual use must be compatible/supportable within standard environment and requesting organization assumes costs.

b.   Standardized software (Requirements analysis, procurement, implementation, testing, vendor management, and maintenance)

      i.     E-mail system that sends and receives internal and external email messages

      ii.    File and print services

      iii.    Standard desktop productivity software (word processing, spreadsheet, and presentation graphics)

      iv.    Financial management system

      v.     Association management system

      vi.    Anti-virus protection

      vii.   Special software must be compatible/supportable within standard environment and requesting organization assumes costs.

c.   Standardized telecommunications services (Requirements analysis, procurement, implementation, testing, vendor management, and maintenance)

      i.     Fax services (inbound, outbound, fax broadcast, and faxback)

      ii.    Internet access

      iii.    Standard remote access to email and file services (Does not include cost of equipment, phone lines, long distance charges, or Internet Service Provider fees at remote locations)

      iv.    Standard phone system

          (1)    Local service

          (2)    Directory assistance

          (3)    Long distance and toll-free inbound (usage costs assumed by using organization)

          (4)    Calling cards (usage costs assumed by using organization)

          (5)    Cell phones (usage costs assumed by using organization)

          (6)    Voice mail with remote access

      v.     Conference call services

          (1)    Usage costs assumed by using organization

          (2)    Standard in-house teleconferencing system

          (3)    Vendor management for external overflow services.

d.   Routine processes for seeking Help Desk support for all standard hardware, software, and telecommunications services.

      i.     Technology setup and support for inter-office meeting space (computers, telephones, projectors, printers)

      ii.    Hardware (installation, upgrade, troubleshooting)

      iii.    Software (installation, upgrade, troubleshooting)

      iv.    Telecommunications services (administration of phone system, troubleshooting, installation, upgrade)

      v.     Office equipment moves

4. On Line Services
    a. Requests for Webmaster services to develop, maintain, and monitor and host websites are accomplished via a standard work request.
    b. Requests for major efforts (new initiatives, or existing efforts that require a change in technology to accomplish a task) will be submitted on the OnLine Service Capital Request form.
    c. Standardized processes for submitting Press Releases and other news on NursingInsider
    d. Set up and maintenance processes for public and secure listserves [cost of actual listserve not included].
    e. Group purchase contract for Lexis-Nexis Services with standard terms and conditions, invoicing and methods for technical resolution
    f. Entry into the NursingWorld information base may be limited to ANA membership and certain simple but necessary protocols for obtaining entry to the ANA website. The estimated effective date for this change will be first half of 2003.

5. Administration
    a. Daily basic cleaning of office space and public facilities using landlord provided services
    b. Standard mail and express mail services during normal business days
    c. Reproduction services except for color copying capabilities
        i. Specific costs charged back to organization
    d. Centralized purchasing agent and system
        i. Uses uniform purchasing guidelines and standards
        ii. Uses standardized purchase order system
    e. Processes for management of office space and public facilities
    f. Meeting Services Guide for management of office meeting rooms
        i. Includes set up as requested using existing tables and chairs

6. Legal
    a. Use of ANA Form for initiating legal review of business contracts
    b. Requests for legal services will be accompanied by necessary background information and must fall within guidelines for legal services

7. Library
    a. Access to general nursing reference and book sources and subscribed industry periodicals
    b. Processes for requesting on demand requests for published citations
    c. Copyright permission requests and searches using commercial databases including Dun and Bradstreet and CINAHL
    d. Preparation of material for the collection and archiving of Storage of historical records
    e. Process for obtaining centralized subscription management

    i.  Individual organizations/units responsible for subscription cost
  f.  Procedures for requesting and processing off–site short term storage of material
  g.  Procedures for requesting and processing centralized filing of business records for reference and resource

8.  **Customer Care**
  a.  Standard procedures for answering existing 800 lines and provide basic information to members and non-members
    i.  Includes information requests, membership status, and certification status
    ii.  Transfer calls to organization/department as appropriate
    iii.  Daily coverage from 9am-5pm, EST, Monday through Friday, except holidays

9.  **Fulfillment**
  a.  Using centralized fulfillment center procedures and services to maintain all free publications and to respond to requests for this material
    i.  Use centralized coding system to track
    ii.  Access to database for balance and usage check
  b.  Individuals can order individual items through customer care center.
  c.  States and staff order in bulk through fulfillment coordinator using standardized processes
  d.  Weekly standardized client reports

10.  **Meeting Services**
  a.  Using standardized procedures, make meeting arrangements upon request
    i.  Includes sleeping rooms and meeting space needs outside of ANA headquarters
      (1)  Includes site selection, contract negotiation, food and beverage management, audio visual management, transportation and special services upon request
  b.  Provide on-site support at meetings
    i.  Host organization/department is responsible for travel expenses of individual
  c.  Provide in-house travel agent
    i.  Uses standardized travel policy
    ii.  Books tickets using standardized budget codes
    iii.  Use of standardized reservation system

11.  **Marketing Support**
  a.  Standardized Branding through design of logos and brochures
  b.  Advertisements in AJN must comply with contract provisions with Williams, Lippincott and Wilkins
  c.  Acceptance of Advertisers for TAN and AJN comply with prohibitions on firms whose business is against the overall welfare of the nursing profession

12.*  **Risk Management**

a. ANA standardized insurance policies for business practice protection, workers compensation, excess crime protection, fiduciary liability, publishers liability, union liability, travel accident, international business, and convention and meeting insurance for revenue producing meetings

b. Standardized policy and procedure formats

c. Equipment and Furniture Inventory System with planned enhancements

d. Compiling and drafting of disaster planning and preparation procedures

13. Communications

a. Advertisements and editorial in TAN must comply with advertising and editorial guidelines and policies and meet all applicable deadlines

b. Use of and access to broadcast fax list of nursing and health care trade media.

c. ANA's editorial control of AJN pages is limited to its own eight pages, which must comply with the journal's deadlines, and all publishing decisions are governed by the contractual agreement between ANA and Lippincott Williams and Wilkins; access to AJN is time limited , i.e. through 2005

d. Methods for fielding press calls

e. Management of layout and design of published works

Office of General Counsel Service Line Summary.xls

Service Line Summary

| Description of Service Line | Cost Centers (Numeric Designation) | Total Estimated Dollars (Including Salary) | Total Estimated FTE(s) Allocation | Quality Service Standards | Quality Customer Standards |
|---|---|---|---|---|---|
| 1. This document is intended to provide a general outline of the service lines available to customers in return for the Administrative Fee charged to customers for this support. It also describes the specific services to be provided in Communications, OnLine Services, and Marketing for agreements pertaining to these areas in the Autonomy and Affiliation Agreement. 2. The description of the service line is intended to cover the main components of a service line but not to be an exhaustive description of each and every procedure or process undertaken to provide a service to a customer. 3. This document has been prepared by department and then by product or service line. Products and service lines may cross cost centers and offices within an ANA department. 4. At the bottom left side of the first page of each major functional area there is a contact person's name and phone number to address concerns about service level and quality. | 1. Cost Centers will not normally be provided unless a specific funding amount has been agreed to in this Affiliation Agreement. 2. A service line may not be fully self contained within a single cost center, therefore, some service lines may cross several cost centers. | 1. Total estimated dollars will not be provided unless a specific funding amount has been agreed to in this Affiliation Agreement. 2. The computation for administrative fee costs is normally accomplished through the application of ANA's Overhead Calculation. | 1. Total estimated Full Time Equivalents (FTEs) of staff will not be provided unless a specific funding amount has been agreed to in this Affiliation Agreement. Full time equivalents may encompass several individuals. The Area Director will decide who is the most appropriate for the specific task. | 1. ANA staff has provided service standards where feasible but not every service or aspects of service will have standards listed. Since many services are constrained by circumstances outside of staff control these standards will normally be qualified at the time the circumstance occurs. Extremely complex projects may also fall outside the service standards provided and can be discussed on a project basis. 2. References to a business day is defined as Monday through Friday and work hours from 9:00 AM to 5:00 PM during these days. 3. ANA has not attempted in most service or product lines to quantify the amount of support requested. Given the unspecified nature of the support and the majority of areas covered by the Administrative Fee, it is difficult to quantify the employly of areas covered by the Administrative Fee. | 1. Quality Customer standards have normally been put forth in terms of advance notifications needed for work planning, or have been tied to specific processes that customers need to follow in order to receive a service. 2. There is a relationship to the Standard Business Practice document also contained in conjunction with this agreement, but the two documents have not been cross referenced. |

## Online Services Service

### Summary for UAN

| Description of Service Line | Cost Centers (Numeric Designation) | Quality Service Benchmark or Standards | Quality Customer Benchmark or Standards |
|---|---|---|---|
| Online Services/UAN: Online Services (OLS) will provide ongoing support of the current website: Hyperlink to UAN website on ANA's Internet nursing portal - NursingWorld (NW), represented by a prominent descriptor on the NW portal homepage the same size, shape and style as the other online partners. News items are placed, after approval by the Comm. Dept., in the NursingInsider (NI), online and e-mail versions (following NI style and format) to reach NWs national and international online user base. UAN has a specific website and uses unique doman names: UANNurses.org, .com, and .net. UAN is responsible for the yearly fees related to the registration of their specific doman names. UAN website is included in all sophisticated web search engines that visit NW. OLS will maintain and update the contract InfoBase consisting of 10s of thousands of contract pages using Adobe Acrobat's .PDF format, which is searchable. List serves are provided as required. New list serves incur additional costs. They are set-up and technically maintained by OLS. Training is provided and UAN then performs day to day operations. All standard services are initiated by an OLS | 10500000 | A properly completed OLS Work Request will initiate the following after receipt by OLS: News items posted within 3 business days. Minor changes are textual additions/modifications/deletions to existing web pages not exceeding 10 printed pages - within 2 weeks. Major updates/additions or new section/web areas requiring a level of effort that needs to be research and discussed - generally 4-24 months. OLS will maintain a 95% level of accuracy and completion times. New work is subject to discussion/completion. No one outside of OLS is permitted or project to discussion/completion. access to the system, its components, or databases. | All material supplied on time, edited and ready to publish in a compatible electronic format. For major changes and new efforts, timelines begin when agreed upon between UAN and OLS. Timelines do not necessarily extend day for day due to other commitments, and may have to be totally rescheduled. Accuracy and timelines rates will be 95% or higher. UAN is responsible for all content, spelling, grammar, editing, etc. The review of drafts and additional requirements to be supplied by UAN within timeframe or project is extended accordingly. Additions and revisions during project will directly impact scope and deadlines. UAN will keep OLS appraised of schedule and deliverable changes that may impact a project(s). UAN will participate in the yearly planning request system. UAN will not make commitments prior to discussions with OLS. UAN will audit content on a regular basis - a minimum of at least once a year. |

Page 1

Operations Support Line Summary

| Description of Service Line | Cost Centers (Numeric Designation) | Quality Service Benchmark or Standards | Quality Customer Benchmark or Standards |
|---|---|---|---|
| **Photocopy Center:** Copy Center staff run medium to large copy jobs. Copy Center staff provide a proof before the job is finalized. Jobs outsourced due to time constraints are the financial responsibility of the customer. The turnaround time for copying and finishing jobs is: 1 Page of 200 to 1,000 copies = estimated turnaround time of 15 minutes to 1 hour; 2 to 50 pages of 20 to 100 sets = 1 hour; 101 to 250 sets = 1 to 2 hours; 251 to 500 sets = 2 to 4 hours; 101 to 250 sets = 1 to 2 hours; 251 to 500 sets = 2 to 4 hours; 51 to 100 pages of 20 to 100 sets = 4 to 6 hours; Additional time must be added when the customer requires Padding = Add one additional day; Folding = Depending on type and amount, add one additional day; Cutting = One additional hour; and Binding = Depending on type and amount, add an additional 2 to 4 hours. Copy Center staff will provide a proof before the job is finalized. It will be discussed with the customer before outsourcing. A Duplicating Request Form completely filled out by the customer must accompany each job brought to the Copy Center. Copy Center staff meet with customers before running complicated jobs, e.g., jobs with multiple tabs, combination of one-sided and two-sided documents. Copy Center staff invent | 108000600 | Copy jobs brought to the copy center between 8:00 a.m. and 12:00 p.m. or Noon will generally be returned the same day or by Noon of next day. Ability to meet above stated turnaround time is based on staff complement, copies working, volume of copies needed, type of finishing required, e.g., spiral binding take more time, condition or original document, proof reviewed as soon as received and returned promptly to Copy Center. Copy Center coordinates will notify customer of any problems which could delay finished product. Copy Center staff will coordinate with customer . outsourcing if necessary or if overtime is required to complete the job. Accuracy rate of 98% will be maintained on all Copy Center productions based on the approved proof. | Customers are to deliver copy jobs to the Copy Center within the timeframe established by the copy center in order to meet the turnaround time requested. The original document must be acceptable quality, proof must be reviewed and approved as soon as received, staff must be available if questions arise concerning the document. Customer may incur extra charges, e.g., overtime, proof reviewed, Customer will be notified when the job has been completed. Customer should operate convenience copiers using guidelines established by the Copy Center to prevent down time. |
| **Photocopy Center - Continued** | | The turnaround time for copying and finishing jobs is: 1 Page of 200 to 1,000 copies = estimated turnaround time of 15 minutes to 1 hour; 2 to 50 pages of 20 to 100 sets = 1 hour; 101 to 250 sets = 1 to 2 hours; 251 to 500 sets = 2 to 4 hours; 51 to 100 pages of 20 to 100 sets = 2 to 4 hours; 101 to 250 sets = 4 to 6 hours; 251 to 500 sets = 6 to 8 hours. Additional time must be added when the customer requires Padding = Add one additional day; Folding = Depends on quantity, add another 2 hours; Cutting = One additional hour; and Binding = Depending on type and amount, add an additional 2 to 4 hours. Copy Center staff will provide a proof before the job is finalized. | |

Operations Support Service Line Summary.xls

| Description of Service Line | Cost Centers (Numeric Designation) | Quality Service Benchmark or Standards | Quality Customer Benchmark or Standards |
|---|---|---|---|
| **Facility Management:** Coordinate and facilitate services provided by the landlord which include Housekeeping, Engineering and Security. Coordinate internal security services. Communicate with Landlord on the Lease and financial matters relating to the Lease and monthly meetings held by the Landlord. Set up meeting rooms as specified and maintain the meeting rooms. Set up offices for new staff and temporary staff. Meet with customers on future office space needs. Coordinate internal office moves; rearrangement and relocation of office furniture and equipment. Coordinate services to repair furniture and equipment. Provide standard hospitality products for internal meetings and customer use. Catering for meetings is planned by the customer and charged to the customer. | 10080000 | Routine facility requests are reported to Landlord same day. Emergency facility requests are reported immediately to Landlord. Immediate service is required from vendors for emergencies, e.g., security doors are not active, back-up air conditioning unit in computer and telephone rooms not working. Office moves are scheduled by Operations Staff after 10 day notification is sent to W2/NG-ASU. Non-bargaining customers' moves are scheduled by Operations staff 5 to 10 days after notification. Rearrangement of office furniture, if appropriate, is done within 5 to 10 days after receipt of request unless emergency. Response to requests to repair furniture and equipment depends on evaluation of whether item needs to be replaced or repair and costs associated. Operations staff will remove broken furniture and equipment from offices or work areas. Conference rooms are set up day before or day of meeting as scheduled using standard procedures. | Conference rooms must be scheduled 2 days before the meeting using standard procedures. Conference rooms must be cancelled immediately if meeting is cancelled. Conference rooms should be cleaned out of papers/materials after meetings. Standard Hospitality request form must be submitted to Operations staff 2 days before day of meeting. Customer must have packed their offices before office move/rearrangement of furniture, to be coordinated through operations. Operations should be notified 5 days in advance to set up a new office. Customer should not remove broken furniture and equipment from current or vacant offices. The Office move/relocation must be coordinated through operations. |
| **Mailroom:** Process all incoming and outgoing mail, including special handled mail. Coordinate business reply, lockbox services, bulk mail accounts with U.S. Postal Service. Coordinate services with discount mail house. Process member dues notices and membership cards for centrally billed members. Provide finishing services, such as folding and inserting letters. Process and sort Friday mail materials. Receive and inspect all incoming packages. Prepare monthly report for Finance Dept. of postage usage by cost centers. All special mail charges, e.g., Federal Express, are charged to the customer. Maintain and coordinate services for all mailing equipment. | 11080000 | Process outgoing and incoming mail daily. Notify customer of special mail deliveries, e.g., Federal Express, Process bulk mail within 7 business days of receipt in mailroom, e.g., membership dues notices. | Mail should be coded with the correct cost center before submitting for processing. Packages should be addressed properly and wrapped properly before submitting to mailroom for processing. Customer should notify mailroom staff in advance of large mail jobs. Requests for finishing jobs (folding or inserting) should be coordinated with Mailroom staff. Customer should notify Mailroom staff of any special services or product needs two business days in advance. |

| Description of Service Line | Cost Centers (Numeric Designation) | Quality Service Benchmark or Standards | Quality Customer Benchmark or Standards |
|---|---|---|---|
| **Purchasing:** Provide standard centralized service for the purchase of materials, goods and services with the objective of maintaining competitive pricing and availability. Purchasing Agent meets with vendors and customers to determine needs, solicit 2 to 3 detailed bid requests; notify selected vendors, notify customer of print schedules and any discrepancies in costs and delivery of finished product; contact vendors re status of requests. Coordinate Blue Line approved process with customer and vendor. Train staff on printing requirements and established standards; provide daily maintenance of vendor files, item number assignment and specification description on goods. Produce purchase orders. Maintains files to support purchase requests. Order office supplies daily and meet with office supply vendor twice a month. Provide purchase order number contacts and fiscal monitoring of approval process. Problem solves and negotiates with vendors on behalf of customer. Provides vendor general correspondence and screening. Check potential vendor references. Work with Accounts Payable staff as needed on processing problematic invoices for payment. Work wil | 10983000 | Process standard office supply requisitions same day if received by 3:00 p.m. and process non-office supply requests within 2 business days. Obtain bids for customer on print, promotional and equipment needs 2 business days after request is received. Notification of bid information forwarded to customer within 2 days after received from vendor. Blue Line approvals forwarded to customer upon receipt from vendor. | All requisitions for goods and services received to Purchasing must be approved by the current signature authority. Customer should submit official documentation of signature authority to Purchasing Agent and should be coded and authorized by the proper signatory manager/director before submission to Purchasing before submission to Purchasing. All bid requests must be in writing (e-mail) and received in Purchasing 4 business days before the information is needed. Calls and/or e-mails from the Purchasing Agent should be returned immediately to expedite service on the finished product. Blue Lines must be proofed and initialed before sending back to Purchasing and/or the Vendor. |
| **Operations Administration:** Supervise staff, prepare and maintain budgets, inventory and purchase paper, toner cartridges for printers and fax machines, with the exception of color printers. Coordinate maintenance service for fax machines. | 10983000 | | |

Attachment 2 - Office of General Counsel

vice Line Summary for UAN

| Description of Service Line | Cost Centers (Numeric Designation) | Total Estimated Dollars (Including Salary) | Total Estimated FTE(s) Allocation | Quality Service Standards | Quality Customer Standards |
|---|---|---|---|---|---|
| **Legal Services:** Provides legal services and support through Office of General Counsel staff or outside counsel supervised by Office of General Counsel staff for specialized issues as determined by the General Counsel. Consult with customer to review the nature of the issue, complexity and timeframes. Tracks and monitors trademark and copyright filings and applications. Develops and reviews agency fee and "Beck" guidelines, procedures and computation in coordination with Finance Department. Tracks and maintains corporate registration and annual reports. Coordinates with Payroll on corporate registration in other states. Ensures compliance of insurance coverage with Risk Management. | 10942500 | | | For all work, General Counsel will expedite emergency matters. Compliance with all applicable laws and filing deadlines. | Disclosure of all pertinent information and submission of relevant documentation by customer is required. |
| **Legal Review:** Reviews proposed business contracts and give advice regarding same. When appropriate, for complex or sensitive contracts, negotiates contract terms. | 10942500 | | | Standard contracts will be reviewed within 10 business days. Complex agreements will be reviewed in appropriate timeframes. Contract routing form to be completed with appropriate signatures and submitted with original contract. | For all work, customers will seek assistance sufficiently in advance of the need for a response, e.g., customers will allow 10 business days for contract review. Customers will provide all needed background information to support a thorough review of the question or legal matter presented. |
| **Legal Advice:** Provide advice regarding personnel, labor and employment matters in conjunction with Human Resources. Responds to legal questions posed by customers regarding business operations, corporate relationships, professional practice issues and labor law. Provides advice in connection with governance matters including bylaws, elections and fiduciary responsibility of Board members. | 10942500 | | | Coordination with customer to review nature of issue, complexity and timeframes, e.g., within grievance response time. Advice will be provided in a format appropriate to the question, e.g., at attendance at a committee or board meeting or through opinion letters. | |

Contact Per~   ·Alice Bodley, Extension - 7127

Office of General Counsel Service Line Summary for UA

Communication Service Line Summary for l

| Description of Service Line | Cost Centers (Numeric Designation) | Quality Service Standards | Quality Customer Standards |
|---|---|---|---|
| The American Nurse (TAN): The American Nurse is the official organ of this association and is provided to each individual member of constituent members. TAN is a newspaper published on a regular schedule. Services described are specific to the agreement between ANA/AOM that the AOM receives one page of editorial in each issue. Edits the content to meet editorial standards. Provides proofreading and basic layout services. Provides oversight with printer, reviewing blue line for accuracy and quality, and oversees standard distribution process. | 106030001 | 1. Meets all deadlines with printer and related vendors to ensure timely production of newspaper. 2. Copy is edited for clarity, grammar, and punctuation. Rewrites are suggested to make copy more newsworthy and reader friendly. Customer reviews and approves revised copy. 3. Editor collaborates with customer for the sole purpose of resolving concerns about appropriateness of content to ensure it does not denigrate or undermine the activities, position, mission of ANA, its entities or other customers (AOMs). 4. Pages are laid out ensuring a professional appearance consistent with the overall design of the newspaper. Work with customer on standard design elements. If design results in additional direct costs, e.g., cost for use of photo, customer approves expense in advance and is responsible for direct costs for such design elements. | 1. Customer meets copy and final review deadlines and meets editorial style and length guidelines for articles. 2. Customer's editorial content does not denigrate or undermine the activities, position, mission of ANA, its entities or other customers (AOMs). |

Human Resources Service Line St[...]

ry for UAN (revised)

| Description of Service Line | Cost Centers (Numeric Designation) | Quality Service Standards | Quality Customer Standards |
|---|---|---|---|
| Recruitment and Employment Services: All aspects of recruitment and employment services. Services include: review of Requisition for Hiring to include appropriate/required signatures, current job description and requirements, internal posting as required, standard classified advertising/electronic posting as necessary and within budget, resume screening, review of selected resumes with hiring manager. Preliminary telephone screening of applicants, scheduling of interviews, skills testing as appropriate, interview of candidate with review of benefits, and review of position including level and category of position, and reference checks. Assist management with interview questions and interviews as necessary, advise managers of issues or concerns that may arise during selection process, determine and/or advise on appropriate salaries, salary and employment offers, verify offer with confirmation letters. Coordinate re-location as appropriate and within budget. Advise on use of and coordinate and work with recruitment and search firms according to budget. | 10950000 | In general for internal postings to be posted by 12:00 p.m. or Noon the fully completed requisitions need to be received by 4:30 p.m. the preceding day. Ads to the Washington Post (standard) or other venues will depend on their specific lead time requirements. The Washington Post needs ads by 5:00 p.m. on Thursday for a Sunday Classified ad. Generally resumes are reviewed and qualified resumes are available for review with the manager in 2 business days. Requests for temporaries should be made at least 3 business days prior to the requested start date. | Requisition generator must have all required information on the requisition including signatures and current job description submitted by 4:30 p.m. for the requisition to be posted internally by 12:00 p.m. or Noon the following business day. Hiring manager should review and return resumes, generally within 5 business days, indicating those desired for interviews and if no one is to be interviewed then what is lacking on the qualifications. |

Human Resources Service Line Summary for UA[...]ts

| Description of Service Line | Cost Centers (Numeric Designation) | Quality Service Standards | Quality Customer Standards |
|---|---|---|---|
| **Recruitment and Employment Services - Continued:** Administer Temporary Employee Program, placing requests, negotiating salary and conversion costs in case of hire, and monitoring length of assignment. | | | |
| I-9 Form, Benefits, Unemployment, Workers Compensation, and Bereavement Memorials: Ensure that I-9 Form is appropriately completed and new employee is eligible for employment. Review applicable benefits with new employees and review for completeness benefit forms received from new employees, including Health, Long-Term Disability, Life, Flex, 401(k), Pension, Metrochek, Federal and State Withholding, and any other required or optional insurance and benefit forms. Coordinate 401(k) education sessions. Ensure that required eligibility periods are covered as required for those programs with such requirements. Conduct open enrollment periods for Health, 401(k), and Metrochek advising employees of the dates for enrollment. Advise terminating employees regarding 401(k) and other benefits. Process changes that impact payroll deductions for appropriate pay period. - Remind staff of "use or lose" vacation and advise to review accruals. | 10950000 | I-9 forms and presentation of documents are done on the first day of employment for new employees. Withholding, Direct Deposit and other forms for benefits and payroll are completed and reviewed generally within the first several days to meet payroll and enrollment requirements. Questions and concerns vary in complexity. Response time varies from immediate to several weeks for pension calculations. Workers Compensation related incidents are reported within 1 business day. Bereavement memorials are processed within 1 business day of receiving the required information. | Staff need to enroll and/or complete forms within the open enrollment periods or at the beginning of employment. Forms are processed according to pay period deadlines or the specific benefit provider guidelines. Managers should work with staff in regard to using the "use or lose" vacation hours. For questions and concerns, accurate, detailed information and specifics need to be provided. Workers Compensation reports should be submitted by the employee or their manager as soon as possible from the time of the incident, content should include when, where, how, what happened, type of injury, witnesses, treatment received and from whom. Additional information may be required. Bereavement memorials require name, relationship, location, timing, and preference for flowers or donation. |

| Description of Service Line | Cost Centers (Numeric Designation) | Quality Service Standards | Quality Customer Standards |
|---|---|---|---|
| I-9, Benefits, Unemployment, Workers Compensation, Bereavement Memorials – Continued: Advise employees on use of "Employee Assistance Program" (EAP), advise managers on EAP and arrange supervisory referrals to the EAP as necessary. Work with pension actuaries to provide information for pension benefit calculations are required, advise employee of benefit and steps for retirement, process retirement paperwork. Assist employees with benefits questions and advised as appropriate. Inform employees of any changes. Provide information to management for management needs. Provide information to the Bargaining Unit Representative as required. Respond to unemployment claims as required, work with, coach, and represent managers in regard to appeals as coordinated with the Office of General Counsel. Process all reports of injuries, accidents and incidents as required to the Workers Compensation carrier. Remind staff of need to report injuries, accidents and incidents. Process bereavement memorials to the immediate family of employees. | | | |
| Compensation, Position Control: Review, recommend and approve new hire, promotion and temporary salaries. Process all salary changes with needed documentation, advise and work with Payroll generally within 1 pay period of decision regarding negotiated and other changes. Assist managers as necessary with Job Descriptions, changes and Job Evaluations. Standard Job Descriptions and formats are used for all positions, Position Description Questionnaire are used for management positions. | 10950000 | Response time varies dependent upon issue, detail and documentation. Hiring and promotion salaries are given priority and generally are finalized within 5 business days of the decision to make an offer or re-leveling, higher level approvals may be required. | Managers should consult with Human Resources when revising and writing Job Descriptions. Specific detailed information must be provided in standard format. |
| Personnel Records: Uniform records are maintained on employees. PTN's, employment applications, resumes, emergency notice information, performance evaluations, and disciplinary notices are standard inclusions. I-9 Forms, FMLA information, Health Insurance forms, reference check information and other information are kept in uniform files separate from the personnel files. Employees are permitted to review their personnel file making a prior appointment to do so. Managers may review the personnel file of staff who bid on positions reporting to that manager by appointment. | 10950000 | Records are maintained in a locked, secure environment accessible by Human Resources staff. Reviews of records will be scheduled with an Human Resources representative to ensure record integrity. | To review a record a request should be made at least 2 business days in advance in order to schedule an appointment. |
| Staff Development: Work with Staff Development Committee regarding budget and development priorities, coordinate staff development sessions with presenters. Develop, provide and coordinate management in-service and staff in-services as appropriate and within budget. | 10951000 | Coordinate and advise staff of scheduled courses generally 3 weeks in advance of course. | Organization should facilitate staff attendance. Employees should attend when scheduled. |

| Description of Service Line | Cost Centers (Numeric Designation) | Quality Service Standards | Quality Customer Standards |
|---|---|---|---|
| Orientation: Schedule and coordinate New Employee Orientation, ensure all necessary paperwork is completed for taxes, benefits, and personnel file, process paperwork with Payroll and benefit providers, as required, provide information about sections of the organization in order that staff are informed and able to function, issue access and security cards to new staff and replacement cards as needed and maintain records of cards as issued. Provide managers with basic outline checklist for department orientation and probationary review forms. | 10950000 | Orientation package of information is sent to new hires generally within 2 business days of offer being accepted, acceptance letter provides dates of orientation, reminders are sent generally at least 3 business days prior to orientation, re-schedule as necessary. | Employee is to return offer letter as soon as possible and bring forms and paperwork to Human Resources on the first workday, department is to facilitate employee's attendance at orientation and employee is to notify Human Resources if unable to attend. |
| Performance and Probationary Review: Provide managers with standard forms for Performance and Probationary Review, orient and train managers as needed on form and process including setting of goals, basic form and process. Maintain completed Performance and Probationary Reviews. | 10950000 | Provide managers with Probationary Review Forms and remind of timeframes for submission, generally sent within 3 business days of employee's acceptance of offer, Advise managers in December of time for Annual Performance Review. | Managers are to meet the timeframes indicated in the Collective Bargaining Agreement and/or policies and procedures, Managers are to complete Probationary Review Forms and forward to Human Resources for the 45 Day Reviews, these should be done within 5 business days of the 45th day in order to be timely, Performance Review Forms are to be completed and returned to Human Resources generally by January 31st for the preceding end of year. |
| Exit Interviews: Meetings are scheduled with staff who are terminating and a standard interview format is followed. Feedback may be provided to the manager or executive management as is deemed necessary and appropriate. | 10950000 | Meetings are scheduled the last week that the employee is working. A summary of exit interviews and reasons for leaving is provided to Executive Management. | The employee is expected to attend the scheduled meeting. |

## Finance Service Line Summary

| Description of Service Line | Cost Centers (Numeric Designation) | Quality Service Benchmark or Standards | Quality Customer Benchmark or Standards |
|---|---|---|---|
| **Standard Accounts Payable Service:** Receive check requests from departments, date stamp, check the information on the check request for correct cost codes and completeness, input the check request data into the accounts payable module. Create check run and print the check. Vouch the amounts and addresses on the check request and check to make sure that they agree. Insert checks into window envelope and submit to Operations Support for mailing. Reconcile deposited checks with bank statement on a monthly basis. | 10960000 | Standard check requests in by Friday, out by the following Friday. Any request for payment information will be responded to within one (1) business day of receipt of the request. | Standard check requests should be properly coded and signed by the appropriate customer manager/director. The request should contain appropriate documentation including cost center, account, business purpose and original receipts. |
| **Standard Accounts Receivable Service:** Receive invoice requests from departments, date stamp, check the information on the invoice request for correct cost codes and completeness, input the invoice request data into the accounts payable module. Program the invoice printer, load invoice stock, and print the invoice. Compare the amounts and addresses on the invoice request to the invoice to make sure that they agree. Insert invoices into window envelope and submit to Operations Support for mailing. Finance records cash receipts from payments into the accounts receivable module. Monthly reports are created showing the aging of receivables. Finance sends out past due notices at 60 and 90 days. Payments past due over 120 days are sent to a collection agency. Finance reconciles deposited payments recorded in the receivable module with bank statement on a monthly basis. | 10960000 | Standard invoice requests will be completed within five (5) business days. Weekly reports will be transmitted on the status of invoice payments. Customized invoices within limits of standard software and printers may be available subject to a separate agreement. | Standard invoice requests must be approved by manager level or above in the entity. Customer must clearly define information required by data fields in the invoice. |
| **Standard Payroll Service:** Completed timesheets reviewed for completeness and accuracy, and input into the payroll system every two weeks. Activity includes calculation of all taxes, benefits (e.g., medical, insurance, 401(k), pension, and flex), and garnishments. Calculate and input individual's change in status relative to change in tax liability and benefits. Create W-2s for year-end reporting. | 10960000 | Standard payroll will generate accurate pay amounts reflecting all changes made by individuals through Human Resources and Payroll. Pay checks or direct deposit pay will be completed 26 Fridays of each year. | Standard timesheets need to be reviewed and approved by the supervising manager. They should be submitted to Payroll by 10:00 a.m. on the Monday (or Friday if Monday is a holiday) before the payroll run. Time recorded should be actual hours worked, including sick, vacation, compensatory, and personal time. Time charged must be arithmetically correct, and charged to appropriate cost center. |

| Description of Service Line | Cost Centers (Numeric Designation) | Quality Service Benchmark or Standards | Quality Customer Benchmark or Standards |
|---|---|---|---|
| **Standard Monthly Financial Reports:** Distribute standard monthly financial reports Included: Balance Sheet, Statement of Activities for the period by Fund, Variance to Budget and Projection, Functional Activities and Programmatic Activities. Accompanying reports include: general ledger detail and cost center variance reports by cost center. The Programmatic Statement of Activity results will also be presented in graphic format with year-to-date trends. | 10980000 | Standard month-end financial reports will be generally available by the 15th business day of the month, except in January and February due to annual audit preparation. Reports will generally be distributed by the 18th business day of each month. | Customers need to closely review the Standard Monthly Financial Reports and accompanying transaction statements. Any disputed transaction should be identified by the customer within 30 business days of the report's issuance. These disputed transactions should be discussed with the Entity Controller for possible correction. |
| **Central Billing Service:** Receive monthly data updates from each CMA in central billing service. Record changes in dollars, names, addresses, and other membership data in the Association Management System (AMS) by CMA. Check the new data submitted by the states against the existing records. Copy revised state data to CD-ROM and return to CMAs each month. Invoice for dues and services, collect payments through lockbox, credit card systems, EFT, and direct payment. Print and send membership cards to members. Record payments in accounts receivable module and to the AMS and general ledger. | 10222000 | Monthly billing/collection cycle will be maintained with organization corrections made a the beginning of the month and updated CD-ROMS returned to the organizations by the end of the month. | Participating organizations must provide members to be billed and changes in individual information. |
| **Maintenance of Membership Database:** Finance, through Revenue Operations, maintains the AMS of member names, addresses and other membership data. This entails inputting, correcting, and modifying the files for 152,000 members and also non-members who purchase products and services from the entities. The source of these changes are individual members, CMAs and staff. The changes are delivered through phone calls, e-mail, mail and reports. | 10222000 | Maintain current and accurate membership database for organizations. | Requires timely and accurate member data transmittal to Finance, preferably in a system compatible format. However, e-mails, calls, and mail changes will be accepted. |

| Description of Service Line | Cost Centers (Numeric Designation) | Quality Service Benchmark or Standards | Quality Customer Benchmark or Standards |
|---|---|---|---|
| Manage Financial Audit Process: Select independent audit firm and review their performance annually. Prepare required schedules to assist auditors' review of customer financial transactions. These schedules representing transactions in the general ledger, accounts payable module and accounts receivable module must be prepared to the specifications of the outside auditors. | 10960000 | Supervise the annual audit of customers in a timely and accurate fashion. This includes A-133 audits as well as independent audits. Audits to be completed by July 31st. | Customer management is responsible for their financial statements. Proper monthly review of the financial statements and the transaction journal will ensure accurate statements. Customer management must interview with auditors to provide independent operating information. |
| Prepare Federal and State Compliance Returns and LM2s: Returns include: DC Annual Report, Forms 1099 and 1096; Non-Employee Payments, Unrelated Business Income tax: DC Form D-20 and IRS 990-T, Informational Return: DC Form D-20 and IRS Form 990, Tax Return: IRS 1120, Beck, DC Arena Fee Return, Seven (7) Fringe Benefit Programs: Form 5500 & SAR, DC Personal Property Tax Return: Form FP-31, DC Unclaimed Property Return: Form UP-1, DC Sales & Used Tax Return: FR-800M. | 10960500 | Prepare and submit required federal and state compliance returns in a timely and accurate fashion. Prepare LM2s for submission on March 31st, and revised submission after the annual audit is final. | Customer management is responsible for the financial data required to create tax returns. Finance needs to have complete and accurate information from customers. |
| Standard Cash Management Services: Manage the bank accounts for each customer including daily review of cash balances, monthly bank account reconciliations, and maintenance of check stock. Additionally, manage lockboxes, credit card processing, and other cash receipts activity. Maintain relations with SunTrust Bank and continue to identify the most efficient and effective banking tool to utilize. Manage the Commingled Fund relationship with Merrill Lynch. | 10960500 | Process standard lockbox cash receipts every business day. Manage operating accounts through centralized banking. Manage reserve accounts through the Commingled Fund to attain highest return at lowest risk. | Customer should deliver to Finance all checks received on the same day as they are received. Complete documentation should accompany all receipts. |
| Standard Insurance Coverage: The customers will be covered by standard policies administered by ANA. These risk management policies include: business package (property and casualty), workers compensation, excess crime, union liability insurance (director & officer), travel accident, not-for-profit organization liability (director & officer), and fiduciary liability. | 10960000 | Annually review standard insurance policies with broker. Work with broker to maintain effective risk management program for all customers. Policies can be reviewed with customers each year. | Customer should be familiar with current insurance coverage. A change in customer business practice or governance should be discussed to determine the insurance impact to the customer. |

| Description of Service Line | Cost Centers (Numeric Designation) | Quality Service Benchmark or Standards | Quality Customer Benchmark or Standards |
|---|---|---|---|
| Standard Budgeting Process: Assist with the development of annual budget principles and assumptions to form a foundation for the annual budget cycle. Develop and maintain budgeting tools to facilitate implementation of the budgeting process. Accomplish monthly analyses of each cost center and communicate to management significant variances to budget. Organize and accomplish at least two (2) budget projection procedures through individual meetings with each department head. | 10960500 | Schedule the standard annual budget cycle. Assist customer in developing the budget document. Create and maintain a budget preparation tool to assist customers with the budget process. Monitor adopted budget variance through standard monthly financial reports. | Identify time schedule for initiation and completion of the budgeting process. Prepare budget principles and assumptions prior to beginning of annual budget process. Customer should help their managers meet budget deadlines facilitating a timely completion of Finance budget schedules. |
| Standard Budgeting Process: Assist customers in preparing annual capital budgets concentrating on capital expenditures for technology and equipment. Identify new purchase process and analyze cost/benefit studies justifying capital expenditures. Calculate depreciation expense of capital budget and quantify operating expenses versus capital costs for customers. | 10960500 | Schedule the standard annual capital budget cycle. Assist customer in identifying productive capital expenditures based on cost/benefit analyses. Create and maintain a budget preparation tool to assist customers with the capital budget process. | Identify time schedule for initiation and completion of the capital budgeting process. Prepare capital budget principles and assumptions prior to beginning of annual capital budget process. Customer should help their managers assess the cost/benefit of proposed capital expenditures. Customer facilitates managers attaining Finance budget schedules. |
| Standard Support and Attendance at Committees on Finance and Board of Directors Meetings: Prepare meeting books for volunteers and staff for each Committee on Finance (COF). Provide information to include in meeting books for Board of Directors meetings. Plan room locations, food and other logistical issues connected with the COF meetings. Present financial results and important financial trends affecting a customer at each meeting. Coordinate with the independent auditors and financial advisors for them to attend and present their results at COF meetings. Coordinate meetings of the Pension, Investment Oversight, and Critical Assistance Loan Committees. | Entity | Prepare agendas and meeting books for each COF meeting. Present financial statements at each meeting and any other analysis or report. Serve as Finance staff for customer. | Senior staff of customers should review Finance presentations prior to delivery to volunteers. Customers pay for any approved travel for Finance to attend customer meeting |

## Office of Technology Service Line Summary

| Description of Service Line | Cost Centers (Numeric Designation) | Quality Service Benchmark or Standards | Quality Customer Benchmark or Standards |
|---|---|---|---|
| **Technology and Systems Support Total** | 10984500 | | |
| **Major Business Application Support:** Requirements analysis, system selection, Implementation, testing, vendor management, and maintenance for current and standard major business software applications and the associated hardware platforms; Financial Management System, Association Management System (e.g., TIMSS), Human Resources and Payroll System. Specialized systems and new systems must be compatible and supportable within standard environment and are subject to separate agreement regarding cost, timing, and feasibility. | 10984500 | Maintain vendor support and upgrade path for all major applications. Internal support initiated through Help Desk process (Level 1). Support for complex problems can be escalated to applications analysts (Level 2); response generally within one business day of escalation with priority given to urgent trouble reports. Problems which cannot be resolved internally may be escalated to external vendor support (Level 3) for resolution, response dependent upon contract or time and materials agreement with particular vendor. | Customer provides ongoing input to technology planning process. Customer primarily uses major applications "off the shelf," requesting customization only when essential. Customer is actively involved in needs or problem definition and user testing of new features, systems, and problem resolutions. |
| **Infrastructure Support:** Requirements analysis, system selection, Implementation, testing, vendor management, and maintenance for other standard (non-major business) software applications, network, and the associated hardware platforms; desktop computers, department networked printers, local area network, file/print services, electronic mail, desktop productivity software, anti-virus protection, remote access to electronic mail and file services. Specialized systems and new systems must be compatible and supportable within standard environment and are subject to separate agreement regarding cost, timing, and feasibility. | 10984500 | Maintain vendor support and upgrade path for all major infrastructure hardware and software. Internal support initiated through Help Desk process (Level 1). Support for complex problems can be escalated to systems engineers within one business day of escalation with priority given to urgent trouble reports. Problems which cannot be resolved internally may be escalated to external vendor support (Level 3) for resolution, response dependent upon contract or time and materials agreemin with particular vendor. | Customer provides ongoing input to technology planning. Customer is actively involved in needs or problem definition and user testing of new features, systems, and problem resolutions. |

| Description of Service Line | Cost Centers (Numeric Designation) | Quality Service Benchmark or Standards | Quality Customer Benchmark or Standards |
|---|---|---|---|
| **Telecommunications Support:** Requirements analysis, system selection, implementation, testing, vendor management, and maintenance of current and standard telecommunication services: local phone service, directory assistance, long distance and toll-free inbound, calling cards, cell phones, voice mail, conference calling, fax (inbound, outbound, broadcast, faxback). Usage charges for telecommunications services are direct costs to customer. Specialized systems and new systems must be compatible and supportable within standard environment and are subject to separate agreement regarding cost, timing, and feasibility. | 10984600 | Maintain vendor support and upgrade path for all major telecommunications systems. Internal support initiated through Help Desk process (Level 1). Support for complex problems can be escalated to telecommunications specialist (Level 2), response generally within one business day of escalation with priority given to urgent trouble reports. Problems which cannot be resolved internally may be escalated to external vendor support (Level 3) for resolution, response dependent upon contract or time and materials agreement with particular vendor. | Customer provides ongoing input to technology planning. Customer is actively involved in needs or problem definition and user testing of new features, systems, and problem resolutions. |
| **Help Desk Support:** Installation, upgrade, problem resolution (includes receiving trouble calls, reviewing reported problem, logging work order, diagnosis, analysis, and remedy or resolution) and administration (includes account maintenance, security administration, and license tracking) of all standard hardware, software, and telecommunications services. Office equipment moves. Technology setup and support for inter-office meeting spaces; computers telephones, projectors, printers. | 10984600 | Response = acknowledgement and review of reported problem & initial troubleshooting. Urgent requests (system down, work stoppage) responses generally within four business hours. High priority requests (work inhibited but not severely enough to be categorized as outage) response generally within one business day. Medium priority requests (system requires attention, answers required - time dependent) response generally within two business days. Low priority requests (e.g., general questions, meeting setups, office moves) response generally within three business days. | Customer requests all support through established help desk process and properly identifies priority of request. Customer gives three business days lead time for routine requests: new user account creation and office setup, meeting setups, equipment loan/checkout, office moves, report requests, etc. |
| **Management, Personnel, and Administrative costs for technology support** | 10984600 | | |

Marketing Service Line ...ary for Year

| Description of Service Line | Cost Centers (Numeric Designation) | Total Estimated Dollars (including Salary) | Total Estimated FTE(s) Allocation | Quality Service Benchmark or Standards | Quality Customer Benchmark or Standard |
|---|---|---|---|---|---|
| Meeting Services: All aspects of meeting planning for meetings ranging from 10 to 1,500 people. Services include: RFP development and distribution, analysis of bids received, site selection, contract negotiation and analysis, sleeping room and room block coordination, transient sleeping room coordination, VIP housing coordination, applying direct bill applications, food and beverage advice and management, audio visual advice and management, hotel specs preparation, registration advice, sign coordination, on-site office design and set-up, exhibit coordination, transportation coordination, tour booking and facilitation, entertainment booking and facilitation, set-up advice and design, on-site support (travel expenses responsibility of hosting group), bill review and coding using ANA budget codes, negotiation of corporate hotel near headquarters facility available to all ANA, its partners and subsidiaries. The Meeting Services Handbook explains the procedures departments should use to book a meeting. | 10944000 | | | Given normal circumstances:  For meetings with less than 25 people, sleeping rooms only - 3 day confirmation of when meeting will be. For meetings with meeting space, less than 250 people - 2 week confirmation of space available. For all other meetings - 3 weeks confirmation of space available. Specs to hotel 3 weeks prior to meeting goal, 2 week minimum. All other details finalized for meeting. Complex bills coded within 2 weeks of receipt and basic bills coded within 1 week; | Meeting host to provide Meeting Services with complete information prior to booking, including schedule and number of attendees. Client must recognize that changing of dates, location or major meeting components in some instances will start the process all over again. Meeting host to provide rooming list a minimum of 3, preferably 4 weeks from first night of meeting. All final meeting specs to be provided to Meeting Services a minimum of 4 weeks prior to meeting. |
| Marketing:  Provide marketing consultation and creative development for individual pieces and campaigns. Includes advertisement development and placement suggestions, brochure development, list suggestions, assistance in script development, booth development and design, campaign consultation, photo coordination and development, logo design and development. There are times when workload or the complexity of the piece demands that the item be sent out. Marketing can refer individuals to competent designers who may best fit the project needs. | 10574600 | Year 1 - $50,000, Remaining Years - $25,000 | Year 1 - .5 FTE, Remaining Years - .25 FTE | Depending on the complexity of the piece, the turnaround time will vary. Guidelines below are for the creative process only and final product is done by outside company (e.g. printer). General guidelines are: Ad - 1 Week Brochure - 2 Weeks Campaign Development - 2 Weeks (does not include place development) Booth Development - 3 Weeks | Customer must have vision of what they want or are looking for so that Marketing can develop what is needed. Customer must give Marketing completed text for brochures/newsletters prior to the beginning of the layout process. At the design stage is not the time to do extensive rewrites. |

| Description of Service Line | Cost Centers (Numeric Designation) | Total Estimated Dollars (Including Salary) | Total Estimated FTE(s) Allocation | Quality Service Benchmark or Standards | Quality Customer Benchmark or Standard |
|---|---|---|---|---|---|
| Customer Care Center: Answer between 6,000 and 10,000 calls per month that come in through the 800 lines (that currently enter the ANA main number, ANCC number, and the IREC number. Customer service representatives answer questions about membership, services, products, meetings, publications, certification, ANA publications (free and paid), and other areas as appropriate. Callers can request free publications that are maintained through the Fulfillment Center (customer service representatives are linked directly into the Order System). The Call Center also records and maintains recorded messages on voice mail system for Central Mail Box, CMA Priority Line and Staff Access Line. The center receives calls between 9:00 a.m. and 5:00 p.m. on normal workdays. Currently, during off hours, customers can leave a voice message to request a certification catalog, recertification catalog, or general brochure if they know the correct name. Voice mail boxes for the Call Center are emptied on a daily workday basis. | 10944500 | | | Average of less than 15 abandoned calls per day. "After Call Work" should be no more than one minute or less of work time per ACD call. Average talk time between 1.10 and 2.50 per call. Data entry from voice mail box messages entered within 2 business days of receipt. Have no more than one legitimate call per representative "Aux Work" per representative should not exceed more than 130 minutes per day. | Departments and areas need to provide samples of all pieces (including ads) produced before released to public so Customer Care Center can answer questions appropriately. If appropriate, may wish to provide common Q & A list. |
| Fulfillment: Free Side - ANA manages an outside Fulfillment Center that performs a range of services. Services include warehousing of materials, fulfillment of materials as requested through the Customer Care Center, fulfillment of materials for CMAs as requested through the fulfillment coordinator. Orders are picked and packed and sent out on a daily basis through U.S. Mail or UPS, whichever is most economical for the order. Orders can be rushed (individual/department ordering is charged a rush charge). Inventory status can be accessed online through weekly inventory reports available with appropriate passwords. Fulfillment Center can also pick different items and put together special order using existing stock (e.g. new member kits) on a as needed basis for an hourly charge. | 10576000 | | | All orders placed before 1:00 p.m. are mailed same day if in stock. Items placed afte 1:00 p.m. sent out the next business day. Inventory status is spot checked on a annual basis. | Departments/organizations that maintain items through the fulfillment area and actively promote need to monitor inventory on a monthly basis (bi-weekly if a high moving item) to ensure item does not run out of stock or backorder, thus causing unsatisfactory customer relations. Departments/organizations should also review all items stored at the Fulfillment Center to ensure they are current and valid. Out of date item should be destroyed. |

| Description of Service Line | Cost Centers (Numeric Designation) | Total Estimated Dollars (Including Salary) | Total Estimated FTE(s) Allocation | Quality Service Benchmark or Standards | Quality Customer Benchmark or Standard |
|---|---|---|---|---|---|
| Publishing: American Nurses Publishing does publish other organizations publications. Other organizations are reimbursed through a royalty arrangement negotiated for each publication. Interested parties submit a sample chapter and book outline. ANP evaluates the proposal to determine salability and quality of publication. Publications are marketed through catalog (published 3 times yearly), advertising, direct mail and through online bookstore. Royalties are paid on a quarterly basis unless otherwise negotiated. Note: This is not part of the administrative fee but a service that is available if a qualified book exists. | 10560000 | | | Produce book within 3 months of receiving publication. | If proposal is accepted, individual/department must meet deadlines given to meet production time. Assistance should be given in determining what are the best targets to market the book. |

Library Information Center Service Line Summ.

| Description of Service Line | Cost Centers (Numeric Designation) | Quality Service Benchmark or Standards | Quality Customer Benchmark or Standards |
|---|---|---|---|
| **Library Collection:** Provides staff access to a broad compilation of reference materials as determined by the collection development policy, including publications relevant to policy development and analysis in general nursing practice and the health sciences. The collection includes dictionaries, directories, almanacs, indexes, serial publications, and ANA and Constituent Member Association publications. | 10942000 | The open collection of books, serials, and publications are kept in an organized manner for easy self-service by all. The Librarian, when requested, assists with locating material. | Customer will receive an initial orientation to the library layout, organization, and policies regarding use of all material in the library. Customer will comply with established circulation system for borrowing/return of library materials. |
| **Research:** Conducts research as requested to support the content work of staff. Identifies and accesses relevant library and research databases and obtains resources from the ANA library and other sources as appropriate. Presents research results to requestor in a user friendly bibliographic format. | 10942000 | Librarian conducts a reference interview to clarify research request. Information research request that are not complex (e.g. 2-3 search terms in 1 database) generally will be delivered within two business days of the receipt of the request by the Librarian. Complex information requests (e.g. 5+ search terms 2 or more databases) or research on emerging concepts generally will be delivered within four working days of receipt of request by the Librarian. | Requestor will participate in a reference interview with Librarian to lay out the dimensions of the request, establish core and related concepts, eliminate issues, define level of depth, provide for any retrieval expenses, and agree upon a timeline for delivery of research results. Broad, multi-layered projects will be designed collaboratively by the Librarian and requestor with agreed upon deliverables and deadlines. |
| **Document Delivery Service:** Provides delivery of documents requested individually or discovered through research, from journal articles, books, book chapters, online documents utilizing cost effective sources of interlibrary loan, commercial providers, document delivery services, or original publisher. Fees required to obtain the documents are a direct cost to the customer. | 10942000 | Response time is dependent upon the availability of the requested documents, the format for transmittal, and the pricing structure of the document provider. Document delivery is generally completed within two weeks. | Requestor will provide a budget code when requesting document delivery of materials that are not in the Library collection. |

| Description of Service Line | Cost Centers (Numeric Designation) | Quality Service Benchmark or Standards | Quality Customer Benchmark or Standards |
|---|---|---|---|
| Subscription Management: (Includes all print & electronic subscriptions) Provides centralized management of all customer's subscriptions that reduces time and paperwork, and eliminates renewal tracking and on-going invoicing. Departments or organizations are charged back for the cost of their subscriptions. Subscriptions are reviewed semi-annually for renewal or cancellation. Subscriptions can be started at any time. Cancellation policies related to a subscription depends upon the publisher. | 10942000 | All subscription starts and stops are processed through the Library generally within one business day of receipt by the Librarian. New subscriptions take 6 - 8 weeks to begin delivery depending upon the publisher. Subscriptions are charged back to the requesting customer. Request for replacement copies of missing or damaged issues (two month time limit are processed as soon as the Librarian is notified. All electronic subscriptions are processed through the Library; access is provided to individual subscribers via password. | Customer request for subscription starts, stops, or corrections must contain basic information regarding the subscription and specific date or issue information as needed. Subscription related requests must have the proper authorization and budget code. |
| Copyright: Advises regarding the fair use of copyrighted materials. Provides royalty processing through the Copyright Clearance Center for copyright material in multiple copies. All royalty fees are charged back to the customer requesting the service. | 10942000 | Questions and issues of copyright are generally answered within two business days of receipt by the Librarian. Royalty processing for permission to reproduce copyrighted material is generally completed in two business days of receipt by the Librarian. | Federal Law governs the reproduction of copyrighted material. When multiple copies are desired, the full and complete citation of the reproduced material, as well as the total number of copies to be made will be provided to the librarian to obtain permission and ascertain the fee to be paid by the requestor prior to reproducing and disseminating the material. |
| Bibliographic Verification: Provides complete and correct information to ensure accuracy of footnotes, reference list, bibliographies. Answers questions regarding proper formatting of citations. | 10942000 | One page of references can be verified as correct generally in one business day of receipt by the Librarian. Formatting questions can generally be answered in one business day of receipt by the Librarian. | Customer request for verification of citations, especially in the case of publications, must provide sufficient lead time of at least one business day to adequately meet anticipated deadline. |

| Description of Service Line | Cost Centers (Numeric Designation) | Quality Service Benchmark or Standards | Quality Customer Benchmark or Standards |
|---|---|---|---|
| Current Content: Provides compilation of the table of contents of recently received books and journals. Provides alerting service to interested users on relevant topics and issues that appear in the general nursing literature. | 10942000 | Generally on a bi-weekly basis provide a hardcopy of table of contents of new material that has been received in the Library. | Customer determines how this information will be used. |
| Information Management: Maintains Central Files as the primary proprietary repository of all business records of the association in a closed system. Librarian is the sole researcher of Central Files and provides photocopies of appropriate documents upon request. Advises on established appropriate record and document management practices. Departments are responsible for forwarding to Central Files business documents and records for incorporation into the holdings. The periodic weeding and review of older material in Central Files yields historic materials that are sent to the Association Archives at Boston University. | 10942000 | Manages Central Files in accordance with established Association of Records Managers and Administrators (ARMA) standards. Request for information responded to generally in two business days of receipt of request by the Librarian. | Customer is responsible for sending to Central Files in a timely way, business documents and records that maintain a continuity with past content and provide resource and reference information for use in the future. |
| Off-Site Storage: Provides a cost effective commercial off-site secure space for storage of documents and records retained short-term for legal purposes and possible reference. Cost of additional shipping or retrieval to storage will be charged to the customer requesting the service. | 10942000 | Ships to and retrieves materials from storage (twice a calendar year on a date determined by ANA. Box(es) of material can be delivered the next business day if notice is given by 1:00 p.m. of the previous day, and the customer accepts the additional costs. Cost of additional shipping or retrieval to storage will be charged to the department/entity requesting the service. | For shipping, customer must follow vendor requirements of standard bankers box, transmittal sheet, content label and bar code label. Customer is responsible for maintaining an inventory record of contents of boxes sent to storage. Customer will comply with established dates for pick-up and retrieval to the extent possible and will give 2 business days notice for special pick-up or retrieval. For retrieval, customer needs to know the bar code number of boxes or the description of the contents to ensure accurate retrieval. |

### Memorandum of Understanding Concerning
### Attachments 1 and 2 to ANA/UAN Autonomy and Affiliation Agreement

1.  Confidentiality – A confidentiality agreement is attached hereto.

2.  Current Practices – The standard business practices outline reflects current practices. While ANA anticipates some change, no major changes are foreseen at this time. If changes do occur, training and education will be provided to UAN for new practices.

3.  Modifying Procedures – The ability to modify procedures for UAN, such as UAN's fiscal year, depends on workload and/or technical support of ANA's current systems. ANA is willing to discuss changes or modifications to its procedures, but reserves the right to refuse to implement such changes based on potential increased costs and workload. ANA will not change UAN's fiscal year, due to workload.

4.  Finance Department Point of Contact – UAN will be assigned an entity controller who will be the primary UAN contact within the Accounting Department for financial statements, general ledger inquiries and budgeting. This entity controller will also support other entities and should not be considered a fully dedicated FTE to UAN. The balance of accounting support is organized by functional areas, such as Accounts Payable, versus organizational relationship, and inquiries or requests for support will have to be directed to the Finance Director, or at the election of the Finance Director, a functional expert in a specific area of the Finance Department.

5.  UAN Access to Accounting System – Following the establishment of the UAN as an independent organization, the UAN will be set up as a separate company within the Lawson Financial System (ANA's accounting system) and read-only access will be granted in Lawson to allow UAN to access its general ledger, but not change it. UAN may print reports from the system.

6.  UAN Name and Logo on Invoices and Checks – The UAN logo and name will be printed on its invoices and checks.

7.  Accrual of Cost Items – UAN may accrue items as appropriate under General Accounting Principals. UAN will be responsible for telling its entity controller which items it wishes to accrue, the amount to accrue, the cost center to be utilized and when the UAN expects the item to be paid. Only items above $10,000 may be accrued.

8.  Membership Database – TIMMS (ANA's membership database) provides the capability to code individuals with different membership types. The CMAs that are UAN members will provide the ANA with information concerning collective bargaining members and agency fee payers. Direct members to the UAN may be updated directly by the UAN. UAN will have unrestricted access to its membership database. Changes to the database will be made only by ANA.

9.  LM-2 – UAN will work with ANA's auditors in connection with the preparation of its LM2.

10. Payroll Checks – UAN payroll checks will continue to track vacation, sick and personal leave, as well as any benefits or adjustments made directly to salary. There is an additional cost to set UAN up as a separate company (approximately $5200) that ANA would expect UAN to pay.

11. Reserve Investments – ANA will discuss whether UAN may participate in the co-mingled fund at the next Investment Oversight Committee meeting, currently scheduled for early December. If UAN cannot participate or chooses not to participate in the co-mingled fund, ANA will facilitate UAN receiving investment management assistance from either Merrill Lynch or Sun Trust. ANA will provide UAN with copies of all applicable investment policies.

12. Human Resources – In connection with hiring new UAN staff, UAN may screen its own resumes and have its employment ads placed in specified publications.

13. Personnel Records – ANA will store the UAN personnel records in a secure cabinet to which UAN management has access. Human Resources will identify a system to notify UAN management when UAN staff seek access their individual personnel records.

14. Orientation – New UAN employees may participate in ANA orientation (including benefit plan and operations orientation) as appropriate.

15. Computers – UAN staff will have their desktop and laptop computers replaced in accordance with ANA standard practices. UAN shall have the option to choose a dockable laptop computer consistent with ANA standard practices.

16. E-Mail Access – Because of the need to maintain strict confidentiality of UAN's e-mail, ANA agrees that it will not access UAN e-mail except when absolutely necessary to resolve technical problems, theft or abuse of the system. ANA will notify UAN management of its need to access an individual's e-mail account prior to such access. Notice will be accomplished by an ANA OT staff person by placing a call to the UAN Executive Director or his/her designee, and leaving a message if the Executive Director or his/her designee is not available and if there is an emergent situation that warrants immediate access. Access shall only be afforded to ANA's OT personnel under the above-described conditions.

17. E-Mail Tag – UAN will have its own unique tag on its e-mail (*i.e.,* Bjones@uannurse.org). ANA will implement this within a reasonable period of time.

18. Software – ANA will load all standard software on UAN computers, which will include a word processing, spreadsheet and presentation package and e-mail. Non-standard desktop computer software must be requested through OT to make sure it is compatible with and will run in the current systems environment without compromising performance. OT will install all software. Non-standard software must be purchased by UAN with proof of valid licensing kept in OT.

19. Fax Machines and Printers – UAN will continue to have access to the current shared printers and fax machines that it currently uses, as well as any printers/fax machines that

are in UAN staff offices. If UAN wishes to have additional personal printers/fax machines, it will purchase them out of its operating budget. ANA will install and support the equipment without increase in the administrative fee.

20. Dedicated 800 Line — ANA will facilitate UAN obtaining its own 800 number. UAN will be responsible for usage charges.

21. UAN Website — UAN has sole and exclusive control over the copy and the contents of its website. UAN staff may make changes for the website, code them in html and send them to On-line services for posting on the UAN website. In order to maintain systems integrity, on-line services will have the exclusive ability to post items to the server.

22. ANA Members Only Website — UAN members who are not members of ANA will still have access to the UAN website, though they will not have access to the members-only section of the ANA website (when developed).

23. Purchasing — UAN may include vendor(s) of its choice in the bid process for its projects, provided UAN gives ANA the appropriate vendor information. UAN will be solely responsible for selecting the vendor from the bids.

24. Library — The library will continue to be available to UAN staff. Library hours are the business hours of ANA. ANA will continue to distribute the periodical and document index to UAN consistent with ANA practice. ANA will archive UAN materials that UAN provides to it, consistent with ANA practice.

25. Centralized Subscription Management — ANA will continue to coordinate UAN subscriptions to requested journals, with UAN responsible for the cost of such subscriptions. Items that are currently stored in the library on labor issues will continue to be stored there.

26. Duty of Fair Representation Coverage for UAN under ANA Ulico Liability Insurance — This is included in ANA's insurance coverage.

27. ANA will establish separate UAN bank accounts, with a separate UAN lock box. UAN procedures will govern check approval and check signing.

28. ANA will provide UAN with its personnel policies, including policies governing confidential and other non-bargaining unit employees.

29. Consistent with ANA practice, the ANA Finance Department will provide regular financial reports to the UAN and, upon request make a presentation at a UAN Executive Council meeting at UAN's expense.

30. ANA's group policy on cell phones will continue to apply to the UAN.

31. All Individual Membership Benefit and Non-Dues Revenue Programs, as described in Attachment 4, are estimated to be implemented within 1-1/2 years.

## Co-Location Agreement

The American Nurses Association and the United American Nurses agree as follows:

1. The UAN shall retain its current space at 600 Maryland Avenue, S.W., Washington, D.C. until the ANA occupies another office space, now thought to be 8501 Georgia Avenue, Silver Spring, MD (hereinafter referred to as the "new office space" regardless of actual location).

2. At the time the ANA takes occupancy of the new office space, the UAN shall move with the ANA. UAN shall be given 1688 sq. ft. for UAN office and file space. ANA and its architects will work with UAN on how this could best be done within the allocated space. UAN will need to inform ANA of its final decision within sufficient time for the architect to finalize the plans (estimated to be the first quarter of 2003) so the build-out can be completed on time. ANA will cover the cost of the initial build-out up to what is consistent with ANA's current estimated amount of $35 sq. foot. Any additional costs or subsequent build-outs will be paid for by UAN. ANA will provide standard furniture and equipment for 12 offices that is consistent with the furniture to be provided for ANA staff.

   ANA has not begun to lay out the offices within the space. As soon as the space planning process begins, the UAN will be actively involved in that process. UAN's office space will be professional in appearance, with appropriate location, quality and desirability that will reflect a strong, positive image. All UAN space will be located together. The location of office space, including the amount of window space, will be of similar quality, and desirability as that of ANA and the related entities.

3. Keys and Security in the Silver Spring Offices – Final plans for a security system for the new ANA building have not been finalized at this time. However, it is ANA's intent to have a system similar to the current security system at 600 Maryland Avenue. The building will have a security system and the ANA floors will have a separate security system – staff will have access to both systems 24/7. UAN officers shall have access to keys pursuant to general security policies.

4. Bulletin Boards in Silver Spring Offices – ANA confirms that UAN will have a bulletin board if it desires one consistent with the policy outlined in the attachments.

5. Meeting Rooms in Silver Spring Offices – ANA will have approximately the same amount of meeting space found in the Washington, DC office. ANA intends to use a similar meeting reservation system within the new building. The current system is primarily first come, first served, with individual department collaboration on resolving competing needs.

6. Reception in the Sliver Spring Offices – ANA will have one main reception area in the new building where all visitors will enter the space and be announced to appropriate staff/departments/entities. This lobby will be appropriately decorated and

maintained to project a strong professional appearance. The UAN will be identified with appropriate signage in the main reception area of the ANA space.

7. In the event the UAN falls two months behind in its administrative fee payments or additional overhead payments for additional staff and office space, the ANA, in its sole discretion, may give 60 days notice to the UAN to vacate the premises and it must do so. Failure to exercise this right on the part of ANA does not serve as a waiver hereof. Upon vacation of the premises there is no further obligation on the part of UAN under the co-location agreement, except for any monies past due.

8. In the event the parties' affiliation agreement is terminated, the UAN may stay in the new office space for the duration of ANA's lease subject to its timely monthly payment of its pro-rata share of the lease at the then-current rate.

9. Upon termination of ANA's 10 year lease for the new office space, if the UAN is no longer an AOM of the ANA, it agrees to vacate the new office space upon the written request of the ANA. Said written request shall be delivered to the UAN Executive Director at least 180 days prior to the expiration of ANA's lease or at any time after the UAN is no longer an AOM of the ANA. This is without prejudice of UAN's right to seek to seek from the landlord a lease to continue to occupy the premises if ANA vacates.

10. During the periods of co-location, UAN agrees to abide by the policies and procedures in Attachment 1.


Dated: _____     _____
                                     United American Nurses


                                     _____
                                     American Nurses Association

## RULES AND REGULATIONS

### (Attachment 1 to the Co-location Agreement)

Current Lease Agreement between
Boston Properties Limited Partnership and
American Nurses Association
600 Maryland Avenue, S.W.
Washington, D.C. 20024
Expiration: August 31, 2004

The following rules and regulations are a part of ANA's current lease for space at 600 Maryland Ave, S.W. and have been formulated for the safety and well being of all tenants of the Office Complex and to insure compliance with municipal and other requirements. ANA as part of this co-location agreement expects the UAN to abide by these and if any action by UAN staff violates these rules and regulations and therefore results in a financial liability for ANA, the UAN will reimburse ANA for those expenses. Assignment of offices and office moves will be managed by ANA Operations in coordination and cooperation with the Associate Organizational Member. Strict adherence to these rules and regulations is necessary to guarantee that each and every tenant will enjoy a safe and undisturbed occupancy of its premises in the office complex. Any continuing violation of these rules and regulations by Tenant shall constitute a default by Tenant -under the Lease.

Landlord may, upon request of any tenant, waive the compliance by such tenant of any of the following rules and regulations provided that (i) no waiver shall be effective unless signed by Landlord or Landlord's authorized agent, (ii) any such waiver shall not relieve such tenant from the obligation to comply with such rule or regulation in the future unless otherwise agreed to by Landlord, (iii) no waiver granted to any tenant shall relieve any other tenant from the obligation of complying with these rules and regulations, unless such other tenant has received a similar written waiver from the Landlord, and (iv) any such waiver by Landlord shall not relieve Tenant from any liability to Landlord for any loss or damage occasioned as a result of Tenant's failure to comply with any rule or regulation.

1.      The sidewalks, entrances, passages, courts, elevators, vestibules, stairways, corridors, halls and other parts of the Office Complex not exclusively occupied by any tenant shall not be obstructed or encumbered by any tenant or used for any purpose other than ingress and egress to and from each tenant's premises. Office Complex, and the facilities furnished for common use of the tenants, in such manner as Landlord deems b If a tenant's premises are situated on the ground floor of the Office Complex, the tenant thereof shall, at such tenant's own expense, keep the sidewalks and curb directly in front of its premises clean and free from ice and snow. est for the benefit of the tenants generally. No tenant shall permit the visit to its premises of persons in such numbers or under such conditions as to interfere with the use and enjoyment of the entrances, corridors, elevators and other public portions or facilities of the Office Complex by other tenants.

2.      No awnings or other projections shall be attached to the outside walls of the Office Complex without the prior written consent of Landlord. No drapes, blinds, shades or screens shall be attached to or hung in, or used in connection with, any window or door of the Premises, without the prior written consent of Landlord. All awnings, projections, curtains, blinds, shades, screens and other fixtures must be of a quality, type, design and color, and attached in the manner approved by Landlord.

3.      No showcases or other articles shall be put in front of or affixed to any part of the exterior of the Office Complex, nor placed in the halls, corridors or vestibules without the prior written consent of the Landlord.

4.      The water and wash closets and other plumbing fixtures shall not be used for any purposes other than those for which they were constructed, and no debris, rubbish, rags or other substances shall be thrown therein. All damage resulting from any misuse of the fixtures shall be borne by the tenant who, or whose servants, employees, agents, visitors or licensees, shall have caused the same.

5.      There shall be no marking, painting, drilling into or defacement of the Office Complex or any part of the Premises that is visible from public areas of the Office Complex. Tenants shall not construct, maintain, use or operate within their respective premises any electrical device, wiring or apparatus in connection with a loud speaker system or other sound system-4 except as reasonably required as part of a communication system approved by Landlord prior to the installation thereof. No such loud speaker or sound system shall be constructed, maintained, used or operated outside of the premises.

6.      No bicycles or vehicles and no animals, birds or pets of any kind shall be brought into or kept in or about the Office Complex or any tenant's premises, except that this rule shall not prohibit the parking of bicycles or vehicles in the garage in the Office Complex. No cooking or heating of food shall be done or permitted by any tenant on its premises. No tenant shall cause or permit any unusual or objectionable odors to be produced upon or permeate from its premises.

7.      No space in the Office Complex shall be used for the manufacture of goods for sale in the ordinary course of business, or for the sale at auction of merchandise, goods or property of any kind. Furthermore, the use of its premises by any tenant shall not be changed without the prior approval of Landlord.

8.      No tenant shall make any unseemly or disturbing noises or disturb or interfere with occupants of this or neighboring buildings or premises or those having business with them, whether by the use of any musical instrument, radio, talking machine, whistling, singing or in any other way. No tenant shall throw anything out of the doors or windows or down the corridors or stairs of the Office Complex..

9.      No flammable, combustible or explosive fluid, chemical or substance shall be brought into or kept upon the premises.

10.     No additional locks or bolts of any kind shall be placed upon any of the doors or windows by any tenant, nor shall any changes be made in any existing locks or the locking mechanics therein, without Landlord's approval. The doors leading to the corridors or main halls shall be kept closed during business hours except as they may be used for ingress or egress. Each tenant shall, upon the termination of its tenancy, restore to the Landlord all keys of stores, offices, storage and toilet rooms either furnished to, or otherwise procured by, such tenant, and in the event of the loss of any keys so furnished, such tenant shall pay to Landlord the replacement cost thereof. Tenant's key system shall be separate from that for the rest of the Office Complex. (See ANA's comments.)

11.     Landlord reserves the right to inspect all freight to be brought into the Office Complex and to exclude from the Office Complex all freight which violates any of these rules and regulations of the Lease.

12.     No tenant shall pay any employees on the premises, except those actually working for such tenant at the tenant's premises.

13.     Landlord reserves the right to exclude from the Office Complex at all times any person who is not known or does not properly identify himself to the Office Complex management or watchman on duty, Landlord may, at its option, require all persons admitted to or leaving the Office Complex between the hours of 7:00 p.m. and 7:30 a.m., Monday through Friday, and at any hour on Saturdays, Sundays and legal holidays, to register. Each tenant shall be responsible for all persons for whom it authorizes entry into the Office Complex, and shall be liable to Landlord for all acts or omissions of such persons. (See ANA's comments.)

14.     The premises shall not, at any time, be used for lodging or sleeping for any immoral or illegal purpose.

15.     Each tenant, before closing and leaving the premises at any time, shall see that all windows are closed and all lights turned off.

16.     Landlord's employees shall not perform any work or do anything outside of their regular duties, unless under special instruction from the management of the Office Complex. The requirements of tenants will be attended to only upon application to Landlord, and any such special requirements shall be billed to Tenant (and paid when the next installment of rent is due) in accordance with the schedule of charges maintained by Landlord from time to time or at such charge as is agreed upon in advance by the Landlord and tenant. (See ANA's comments.)

17.     Canvassing, soliciting and peddling in the Office Complex is prohibited and each tenant shall cooperate to prevent the same.

18.     There shall not be used in any space, or in the public halls of the Office Complex, either by the tenant or by jobbers or others in the delivery or receipt of merchandise, any hand trucks, except those equipped with rubber tires and side guards. Tenant shall be responsible to Landlord for any loss or damage resulting from any deliveries made by or for Tenant to the Office Complex. (See ANA's comments.)

19.     Mats, trash or other objects shall not be placed in the public corridors of the Office Complex.

20.     Landlord does not maintain suite finishes which are non-standard, such as kitchens, bathrooms, wallpaper, special lights, etc. However, should the need arise for repairs of items not maintained by Landlord, Landlord will arrange for the work to be done at Tenant's expense. (See ANA's comments.)

21.     Drapes installed by Landlord for the use of Tenant or drapes installed by Tenant, which are visible from the exterior of the Office Complex, must be cleaned by Tenant at least once a year, without notice, at Tenant's own expense.

## ANA Comments
### (Paragraph numbers refer to the paragraphs from the rules and regulations)

3.  All pictures, name signs, announcements, posters and literature displayed in the public and "common areas" of ANA interior office space should reflect the business of the Association and its' entities. Personal advertisements, posters, literature, announcements, clippings will be displayed only on bulletin boards in the staff lounge and/or on bulletin boards in individual offices/workstations.  Operations Support should be contacted to hang all signage.

10. Installation and changes to all locks on individual doors, file rooms, conference rooms, work rooms must be coordinated through ANA Operations' Support Department.  All such locks will be keyed to ANA's master lock and to the master lock of the Landlord.  Locks to individual desks and file cabinets can be maintained within the department.

13. ANA reserves the right to select and maintain a uniform security system for entrance to and within its suite of offices.

18. All deliveries should be coordinated with Operations Support Staff.  ANA has a loading dock adjacent to it's office space.

16 and 20.  All requests for Housekeeping, Engineering, alterations and security services should be coordinated through ANA's Operations Support Department.

## RULES AND REGULATIONS
### (Attachment 2 to Co-location Agreement)

The Rules and Regulations referenced below are currently included as Exhibit E to the proposed Lease by and between P.A. Silver Spring, LC ("Landlord") and American Nurses Association ("Tenant") at 8525 Georgia Avenue, Silver Spring, Maryland, commencing August 2004. The Lease is currently being negotiated and the Rules and Regulations cited below are subject to change. ANA as part of this co-location agreement expects the UAN to abide by these and if any action by UAN staff violates these rules and regulations and therefore, results in a financial liability for ANA, the UAN will reimburse ANA for those expenses. Office moves will be managed by ANA Operations in coordination and cooperation with the Associate Organizational Member.

1. No part or whole of the sidewalks, plaza areas, entrances, passages, courts, elevators, vestibules, stairways, corridors or halls of the Building or the Land shall be obstructed or encumbered by Tenant or used for any purpose other than ingress and egress to and from the Premises.

2. No awnings or other projects shall be attached to the exterior walls of the Building. No skylights, window, door or transom of the Building shall be covered or obstructed by Tenant, and no window shade, blind, curtain, screen, storm window, awning or other material shall be installed or placed on any window or in any window of the Premises except as approved in writing by the Landlord. If Landlord has installed or hereafter installs any shade, blind or curtain in the Premises, Tenant shall not remove the same without first obtaining Landlord's written consent thereto.

3. No showcases or other articles shall be put in front of or affixed to any part of the exterior of the Building, nor placed in the Common Area.

4. Tenant shall not place or permit its Agents to place any trash or other objects anywhere within the Building or the Land (other than within the Premises) without first obtaining Landlord's written consent.

5. The water and wash closets and other plumbing fixtures shall not be used for any purposes other than those for which they were constructed, and no sweepings, rubbish bags or other substances (including, without limitation, coffee grounds) shall be thrown therein.

6. Tenant shall not mark, paint, drill into or in any way deface any part of the Building or the Premises. No boring, cutting or stringing of wires shall be permitted, except for picture handing and other ordinary decorating purposes. (See ANA comments.)

7. No cooking shall be done or permitted in the Building by Tenant or its Agents except that Tenant may install and use microwave ovens. Tenant shall not cause or permit any unusual or objectionable odors to emanate from the Premises.

8.     Tenant shall not make or permit any unseemly or disturbing noises or disturb or interfere with other Tenants or occupants of the Building or neighboring buildings or Premises by the use of any musical instrument, radio, television set, other audio device, musical noise, whistling, singing or in any other way.

9.     Nothing shall be thrown out of any doors, windows or skylights or down any passageways.

10.    No additional locks or bolts of any kind shall be placed upon any of the doors windows of the Premises, nor shall any changes be made in locks or the mechanism thereof without prior notice to and the approval of Landlord. Tenant shall, upon the termination of its Lease, return to Landlord all keys to the Premises and other areas furnished to, or otherwise procured by, Tenant. In the event of the loss of any such keys, Tenant shall pay Landlord the cost of replacement keys. (See ANA's comments.)

11.    Tenant shall not use or occupy or permit any portion of the Premises to be used or occupied for the storage, manufacture of sale of liquor, narcotics or drugs. Tenant shall not engage or pay any employee in the Building except those actually working for Tenant in the Building. The Premises shall not be used, or permitted to be used, for lodging or sleeping or for any immoral or illegal purpose.

12.    Landlord reserves the right to control and operate the Common Area in such manner as it deems best for the benefit of the Building tenants. During other than normal business hours, Landlord may exclude from all or a part of the Common Area all persons who do not present a pass to the Building signed by Landlord or other suitable identification satisfactory to Landlord. Landlord will furnish passes to persons for whom Tenant reasonably requests such passes. Tenant shall be responsible for all persons for whom it requests such passes and shall be liable to Landlord for all acts of such persons.(See ANA's comments.)

13.    Tenant shall see that all entrance doors (if applicable) are locked and all lights and office equipment within the Premises are turned off, and Landlord shall have no responsibility relating thereto. (See ANA's comments.)

14.    Any requirement of Tenant shall be attended to only upon application at the office of Landlord. Building employees shall not be required to perform any work outside of their regular duties unless under specific instructions from Landlord. (See ANA's comments.)

15.    Vending, canvassing, soliciting and peddling in the Building are prohibited, and Tenant shall cooperate in seeking their prevention.

16.    In connection with the delivery or receipt of merchandise, freight or other matter, no hand trucks or other means of conveyance shall be permitted, except those equipped with rubber tires, rubber side guards or such other safeguards as Landlord may require.

17.    No animals of any kind, except seeing eye dogs, shall be brought into or kept about the Land or the Building by Tenant or its Agents.

18.    No vending machines shall be permitted to be placed or installed in any part of the Building by Tenant without the permission of the Landlord. Landlord reserves the right to place or install vending machines in the Building (other than in the Premises).

19.    So that the Building may be kept in a good state of cleanliness, Tenant shall permit only Landlord's employees and contractors to clean its Premises unless prior thereto Landlord otherwise consents in writing. (See ANA's comments.)

20.    Tenant shall keep the windows and doors of the Premises (including, without limitation, those opening on corridors and all doors between any room designed to receive heating or air conditioning service end room(s) not designed to receive such service) closed while the heating or air conditioning system is operating in order to minimize the energy used by and to conserve the effectiveness of such systems.

21.    The Premises and the Building and its grounds have been designated as non-smoking areas. Tenant, its servants, employees, officers, agents, customers, licensees, visitors, suppliers, or any other person reasonably controlled by Tenant must adhere to the no-smoking policy.

## ANA Comments

**(Paragraph numbers refer to the paragraphs from the rules and regulations)**

6.     All pictures, name signs, announcements, posters and literature displayed in the public and "Common areas' of ANA interior office space should reflect the business of the association and its' entities. Personal advertisements, posters, literature, announcements, clippings will be displayed only on bulletin boards in the staff lounge and/or on bulletin boards in individual offices/workstations. Operations Support should be contacted to hang all signage.

10.     Installation and change of any locks on individual doors, file rooms, conference rooms, work rooms must be coordinated through ANA Operations' Support department. All such locks will be keyed to ANA's master lock and to the master lock of the Landlord. Locks to individual desks and file cabinets can be maintained within the department.

12 and 13.   ANA reserves the right to select and maintain a uniform security system for entrance to its suite of offices.

14 and 15.   All requests for Housekeeping, Engineering, alterations and security services should be coordinated through ANA's Operations Support Department..

16.     All deliveries to ANA offices should be coordinated through Operations Support Department.

Attachment 4

# ANA Individual Membership Benefits and Non-Dues Revenue Programs
(as of September 2002)
## Covered Under Non Compete Agreement
Between
### American Nurses Association and the Associate Organizational Member for Collective Bargaining (United American Nurses)

ANA provides to all individual members of ANA as a member benefit a wide array of professional services and products at substantial discount to normal market prices. Outlined below is a list of those products and professional services as well as those under consideration. This non-compete agreement, per paragraph 22 of the "Autonomy and Affiliation Agreement between American Nurses Association and the Associate Organizational Member for Collective Bargaining, the United American Nurses". ANA would expect that existing as well as planned products and services listed below would be covered by the non-compete language in the above referenced paragraph. ANA reserves the right to delete benefits at its sole discretion.

1. American Nurses Publishing
   a. Publishes nursing standards, ethics and a wide variety of titles. Full list of titles available on www.NursesBooks.org or in the latest publication catalog
   b. Members of ANA receive a discount on purchasing
   c. ANA does co-publish with outside organizations and is willing to do so with the AOMs
      i. Outside groups receive a royalty

2. Certification through the American Nurses Credentialing Center
   a. Members receive a discount on exams and re-certification

3. Continuing Education
   a. On-line modules through RNCE.org
   b. CE opportunities at convention and other meetings
   c. Discounts on RTNtv CE

4. Credit Card Program
   a. Exclusive credit card program with CMA or ANA branding
   b. Includes a line of credit program

5. Insurance Programs
   a. Catastrophe Major Medical
   b. Professional Liability
   c. Dental
   d. Major Medical

  e.  Group Term Life
  f.  Disability Insurance
  g.  First Diagnosis Cancer
  h.  Medicare Supplement
  i.  Long Term Care
  j.  Senior Life

6. Jewelry and Gifts
  a.  Develop logo and provide products for National Nurses Week
  b.  Products available year round

7. Travel Discounts
  a.  Car Rental
    i.  Alamo
    ii.  Budget
  b.  Hotels
    i.  AmeriHost Hotels
    ii.  Days Inn
    iii.  Howard Johnson
    iv.  Knights Inn
    v.  Ramada
    vi.  Travelodge
    vii.  Villager
    viii.  Wingate Inn
  c.  Other
    i.  Royal Caribbean

8. Programs currently in negotiations or under active consideration:
  a.  Discount Seafood
  b.  Vermont Teddy Bear
  c.  On-line Vacation Discounter
  d.  Collegiate Loan consolidator
  e.  Legal service
  f.  Integration of Monster.com site into Nursing World
  g.  Information Inc. (grant funded nursing news and a members only news letter)
  h.  Holiday Cards and other holiday related items with nursing profession theme
  i.  On line gift shop
  j.  Lexi –comp products on Nursing World
  k.  Program(s) subject to current non-disclosure agreement

9. Programs requested that are soliciting bids for
  a.  Retirement planning
  b.  Home loan program
  c.  Home owners insurance

10. Periodicals
    a. Provide The American Nurse to all members
        i. Sell advertising within ANA guidelines
    b. Provide the American Journal of Nursing to all members through 2006
    c. Ethics and Human Rights Issues Update (a newsletter publication available on Nursing World
    d. Capital Update

11. Web Site
    a. Nursing World will add a members only site with limited public access
    b. ANA Online Nurses Books Store (IREC and ANP)
    c. The Nursing Insider
    d. The Online Journal of Issues in Nursing

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

AMERICAN NURSES ASSOCIATION, INC.,  )
d/b/a AMERICAN NURSES ASSOCIATION,  )
                                     )
                Plaintiff,           )          Civil Action No.
                                     )
        - v. -                       )
                                     )
UNITED AMERICAN NURSES, AFL-CIO,     )
                                     )
                Defendant.           )
                                     )
                                     )
                                     )
                                     )
                                     )
                                     )

**NOTICE OF REMOVAL**
**EXHIBIT B**

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
(Civil Division)

American Nurses Association, Inc.,       )
d/b/a American Nurses Association,       )
A District of Columbia,                  )
Non-Stock, Non-Profit Corporation,       )
8515 Georgia Avenue,                     )
Suite 400,                               )
Silver Spring, MD  20910,                )
                                         )
                Plaintiff,               )
                                         )
        v.                               )       2007 C.A. 002529 B
                                         )       Calendar 14
United American Nurses, AFL-CIO,         )       Judge Judith E. Retchin
An Unincorporated Labor Union,           )
8515 Georgia Avenue,                     )       Next Court Event:
Suite 400,                               )       ISC – 07/13/2007 @ 9:30 a.m.
Silver Spring, MD  20910,                )
                                         )
                Defendant.               )

## AFFIDAVIT OF SERVICE OF PROCESS UPON
## DEFENDANT UNITED AMERICAN NURSES, AFL-CIO

I, Russell S. Drazin, having a regular place of business at 1120 20th Street, N.W.,

South Tower, Washington, DC 20036-3437, and not being a party to this action, depose

and say as follows:

1.      On April 10, 2007, I forwarded via email a courtesy copy of the Complaint

with appended Exhibit "A", Summons, and Initial Order to Susan Davis, Esquire of the

law firm of Cohen, Weiss & and Simon LLP.  Ms. Davis represents Defendant United

American Nurses, AFL-CIO ("UAN").  I asked Ms. Davis whether she was authorized by

UAN to accept service of process.

2.      On April 11, 2007, Joseph J. Vitale, Esquire of the law firm of Cohen, Weiss and Simon LLP informed me in writing that UAN had authorized Ms. Davis and him to accept service of process as of April 11, 2007.

3.      Service of process upon UAN was effected as of April 11, 2007 in compliance with Civil Rule 4.

_____
Russell S. Drazin

District of          ) ss
Columbia             )

Subscribed and sworn to before me on the 11th day of April, 2007.

[SEAL]                          _____
                                Notary Public

                                **DEBORAH A. STEWART**
                                Notary Public District of Columbia
My commission expires: _____ My Commission Expires September 30, 2010

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April, 2007, I served a copy of the

foregoing Affidavit of Service of Process upon Defendant United American Nurses, AFL-

CIO via first-class mail, postage prepaid, upon:

> Susan Davis, Esquire
> Joseph J. Vitale, Esquire
> Cohen, Weiss & and Simon LLP
> 330 West 42nd Street
> New York, NY  10036
>
> Counsel for Defendant
> United American Nurses, AFL-CIO

_____
Russell S. Drazin

I further certify that a Chambers Copy of this filing was delivered to the Clerk of

this Court.

_____
Russell S. Drazin

3

## CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

American Nurses Association                88888

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Nicholas S. McConnell, Jackson & Campell, P.C.,
1120 Twentieth Street, NW, South Tower
Washington, DC 20036
202-457-1600

**DEFENDANTS**

United American Nurses

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT     D.C.
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

Case: 1:07-cv-00878
Assigned To : Lamberth, Royce C.
Assign. Date : 5/8/2007
Description: Labor/ERISA

---

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE an x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

---

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**○ A. Antitrust**

- ☐ 410 Antitrust

**○ B. Personal Injury/ Malpractice**

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**

- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

**○ E. General Civil (Other)     OR     ○ F. Pro Se General Civil**

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/PRIVACY ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ⊚ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☒ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding   ⊙ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

29 U.S.C. §185, 28 U.S.C. §1146, and 28 U.S.C. Sections 1331, 1337 and 1441

| **VII. REQUESTED IN COMPLAINT** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | **DEMAND $** 58,220.68 <br> **JURY DEMAND:** | Check YES only if demanded in complaint <br> YES ☐   NO ☒ |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE  5/8/2007    SIGNATURE OF ATTORNEY OF RECORD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

