UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, INC., d/b/a AMERICAN NURSES ASSOCIATION,<br><br>Plaintiff,<br><br>- v. -<br><br>UNITED AMERICAN NURSES, AFL-CIO,<br><br>Defendant. | Civil Action No.1:07-cv-00878 (RCL) |

## MOTION FOR PERMISSION TO APPEAR *PRO HAC VICE*

The undersigned, R. Richard Hopp, a member of the Bar of this Court, pursuant to the Court's Local Civil Rule 83.2(d), hereby moves the Court to enter an Order permitting Joseph J. Vitale to appear *pro hac vice* in this matter on behalf of the Defendant, United American Nurses. The Declaration of Joseph J. Vitale and a proposed Order are also submitted in further support of this Motion.

Dated: May 16, 2007

Respectfully submitted,

By: _____
R. Richard Hopp (432221)
O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 362-0041: telephone
(202) 362-2640: facsimile
cgilligan@odonoghuelaw.com
rhopp@odonoghuelaw.com

*Attorney for Defendant*
*United American Nurses, AFL-CIO*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of this Motion for Permission to Appear *pro hac vice* to be served this 16th day of May 2007 via first class, postage prepaid, U.S. mail upon:

Nicholas S. McConnell
JACKSON & CAMPBELL, P.C.
1120 Twentieth Street, N.W.
South Tower
Washington, DC 20036-3427

_____
R. Richard Hopp

157701_1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------------x
:
AMERICAN NURSES ASSOCIATION, INC.,      :
d/b/a AMERICAN NURSES ASSOCIATION,      :
:
                        Plaintiff,      :   Civil Action No.
:
    - v. -      :
:
UNITED AMERICAN NURSES, AFL-CIO,      :
:
                        Defendant.      :
:
-------------------------------------------------------------x

### DECLARATION OF JOSEPH J. VITALE IN
### SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

    I, Joseph J. Vitale, declare under penalty of perjury:

    1.    I am a partner in the law firm of Cohen, Weiss and Simon LLP. I submit this declaration in support of my appearance pro hac vice in the instant action.

    2.    My contact information is

> Joseph J. Vitale
> Cohen, Weiss and Simon LLP
> 330 West 42nd Street
> New York, New York 10036
> Phone: (212) 356-0238
> Fax:  (646) 473-8238
> Jvitale@cwsny.com

    3.    I have been a member in good standing of the bar of the state of New York since 1989. I am also a member in good standing of the bars of the United States Court of Appeals for the Second, Third and Fifth Circuits; the United States District Courts for the Southern, Northern and Eastern Districts of New York; the United States District Court for the District of New Jersey; the District of Columbia; and the state of New Jersey.

  4. I certify that no disciplinary proceedings are pending against me in any jurisdiction, and no discipline has ever been imposed upon me.

  5. I have not been admitted pro hac vice in this court within last two years.

  6. I do not practice law from an office within the District of Columbia.

  7. I am a member of the District of Columbia Bar with bar number 430395.

Dated: May 7, 2007

                _____
                Joseph J. Vitale

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, INC., )<br>d/b/a AMERICAN NURSES ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>- v. - )<br>)<br>UNITED AMERICAN NURSES, AFL-CIO, )<br>)<br>Defendant. ) | Civil Action No.1:07-cv-00878<br>(RCL) |

**ORDER**

Upon consideration of the Motion for Permission to Appear *pro hac vice* brought by R. Richard Hopp, a member of the Bar of this Court, seeking an Order to permit Joseph J. Vitale to appear in this matter pursuant to Local Civil Rule 83.2(d), and upon consideration of the Declaration of Joseph J. Vitale in support of the Motion, it is this ___ day of May, 2007, by the United States District Court for the District of Columbia, hereby

ORDERED

(1)  That the Motion for Permission to Appear *pro hac vice* be, and the same hereby is, GRANTED;

(2)  That Joseph J. Vitale is hereby permitted to appear in this matter *pro hac vice*; and

(3)  That the Clerk of Court shall mail a copy of this Order to all counsel of record.

_____
Royce C. Lamberth
United States District Court Judge

cc:  Charles E. Gilligan
R. Richard Hopp
**O'DONOGHUE & O'DONOGHUE LLP**
4748 Wisconsin Ave., N.W.
Washington, DC  20016

Nicholas S. McConnell
**JACKSON & CAMPBELL, P.C.**
1120 Twentieth Street, N.W.
South Tower
Washington, DC  20036-3427

Joseph Vitale
**COHEN, WEISS & SIMON LLP**
330 West 42nd Street
New York, NY  10036