UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, INC., d/b/a AMERICAN NURSES ASSOCIATION,<br><br>Plaintiff<br><br>v.<br><br>UNITED AMERICAN NURSES, AFL-CIO<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:07-cv-878<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PRAECIPE

The Clerk of the Court will please note the entry of appearance by Nicholas S. McConnell and Russell S. Drazin of the law firm of Jackson & Campbell, P.C., as counsel for plaintiff in this matter.

Respectfully Submitted,

Jackson & Campbell, P.C.

  [s] Nicholas S. McConnell
Nicholas S. McConnell (#167742)
Russell S. Drazin (#470091)
1120 Twentieth Street, NW
South Tower
Washington, D.C. 20036-3427
Phone: (202) 457-1600
Facsimile: (202) 457-1678

Counsel for Plaintiff

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I copy of the foregoing Praecipe was mailed this 17th day of May, 2007 via first class mail, postage prepaid to:

Charles W. Gilligan
R. Richard Hopp
O'Donoghue & O'Donoghue, LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016

      [s] Nicholas S. McConnell
      Nicholas S. McConnell