UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, INC., d/b/a AMERICAN NURSES ASSOCIATION,<br><br>Plaintiff,<br><br>- v. -<br><br>UNITED AMERICAN NURSES, AFL-CIO,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Civil Action No.1:07-cv-00878 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

## PRAECIPE

The Clerk of the Court will please note the entry of appearance by Joseph J. Vitale of the law firm of Cohen, Weiss and Simon LLP, 330 West 42nd Street, New York, New York 10036, as counsel for Defendant in this matter. Mr. Vitale has been permitted to appear in this matter by Order dated May 22, 2007. (Docket No. 5). Mr. Vitale's email address is jvitale@cwsny.com; his telephone number is (212) 563-4100 and his facsimile number is (212) 695-5436.

Respectfully submitted,

Dated: May 25, 2007         By: _____
R. Richard Hopp (432221)
O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 362-0041: telephone
(202) 362-2640: facsimile
cgilligan@odonoghuelaw.com
rhopp@odonoghuelaw.com

*Attorney for Defendant*
*United American Nurses, AFL-CIO*

## CERTIFICATE OF SERVICE

I herby certify that on May 25, 2007, I caused the foregoing Praecipe to be electronically filed with the Clerk of the Court using the CM/ECF system, and that ECF will send notification of such filing to the following:

Nicholas S. McConnell
JACKSON & CAMPBELL, P.C.
1120 Twentieth Street, N.W.
South Tower
Washington, DC 20036-3427
*NMcConnell@jackscampb.com*

_____
R. Richard Hopp

158076_1.DOC