UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN NURSES ASSOCIATION, INC., )
d/b/a AMERICAN NURSES ASSOCIATION, )
)
Plaintiff )
)
) Civil Action No. 1:07-cv-878
)
v. )
)
)
UNITED AMERICAN NURSES, AFL-CIO )
)
Defendant )
)

## RULE 7.1 DISCLOSURE STATEMENT OF AMERICAN NURSES ASSOCIATION, INC. d/b/a AMERICAN NURSES ASSOCIATION

Undersigned counsel of record for American Nurses Association, Inc., d/b/a American Nurses Association, hereby certifies that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of American Nurses Association which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

                                               Respectfully submitted,

                                               JACKSON & CAMPBELL, P.C.

                                                [s] Nicholas S. McConnell
                                               Nicholas S. McConnell (#167742)
                                               Russell S. Drazin (#470091)

- 2 -

1120 Twentieth Street, NW
South Tower
Washington, D.C. 20036-3427
Phone: (202) 457-1600
Facsimile: (202) 457-1678

Counsel for Plaintiff

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing Rule 7.1 Disclosure Statement to be served electronically via the CM/ECF system this 30th day of May, 2007 to the following:

>Charles W. Gilligan, Esq.
>R. Richard Hopp
>O'Donoghue & O'Donoghue, LLP
>4748 Wisconsin Avenue, N.W.
>Washington, D.C. 20016
>
>Joseph H. Vitale, Esq.
>Cohen, Weiss and Simon, LLP
>330 West 42nd Street,
>New York, New York 10036

>[s] Nicholas S. McConnell
>Nicholas S. McConnell