UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------------------- x

AMERICAN NURSES ASSOCIATION, INC.,
d/b/a AMERICAN NURSES ASSOCIATION,

        Plaintiff,

  - v. -

UNITED AMERICAN NURSES, AFL-CIO,

        Defendant.

Civil No. 1:07-cv-878 (RCL)

**RULE 7.1 STATEMENT OF DEFENDANT UNITED AMERICAN NURSES, AFL-CIO**

---------------------------------------------------------------- x

Defendant United American Nurses, AFL-CIO ("UAN"), by its counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure hereby certifies that the UAN has no corporate or other parent, and no publicly held corporation owns any stock of the UAN

Dated: June 8, 2007

Respectfully submitted,

By: _____
Joseph J. Vitale (D.C. Bar 430395)
*pro hac vice*
COHEN, WEISS and SIMON LLP
330 West 42nd Street
New York, New York 10036
(212) 563-4100 - Telephone
(646) 433-8238 - Facsimile

Charles W. Gilligan (D.C. Bar 394710)
R. Richard Hopp (D.C. Bar 432221)
O'DONOGHUE & O'DONOGHUE
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 362-0041 - Telephone
(202) 362-2640 - Facsimile

Attorneys for Defendant
United American Nurses, AFL-CIO

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June I caused a copy of the foregoing Statement to be served electronically via the CM/ECF system upon:

Nicholas S. McConnell
JACKSON & CAMPBELL, P.C.
1120 Twentieth Street, N.W.
South Tower
Washington, DC 20036-3427
nmcconnell@jackscamp.com

                                    _____
                                    R. Richard Hopp

161769_1.DOC