UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

AMERICAN NURSES ASSOCIATION, INC., )
d/b/a AMERICAN NURSES ASSOCIATION, )
)
                  Plaintiff, )   Civil Action No. 1:07-cv-00878 (RCL)
)
   - v. - )
)
UNITED AMERICAN NURSES, AFL-CIO, )
)
                Defendant. )

**MOTION TO ENLARGE
TIME FOR DEFENDANT'S RESPONSIVE PLEADING**

Defendant, by and through undersigned counsel, pursuant to Local Rule 7 and Federal Rule of Civil Procedure 6(b), hereby moves the Court to enlarge the period of time for the Defendant to file a responsive pleading, and for reasons states:

1.    The Defendant removed the Plaintiff's Complaint to this Court on May 8, 2007.

2.    The Defendant's primary counsel has been out of the office, and in addition, the individual responsible for assisting counsel on behalf of the Defendant has also been out of the office.

3.    By electronic mail on the morning of June 8, 2007, counsel for the Plaintiff, Russell S. Drazin, advised counsel for the Defendant that the Plaintiff claimed a responsive pleading was overdue from the Defendant. Plaintiff's counsel suggested an entry of default was appropriate.

4.    In accordance with Local Rule 7(m), by telephone on the morning of June 8, 2007, Counsel for the Defendant left two voice mail messages with Mr. Drazin. In addition, a draft Stipulated Motion was transmitted to Mr. Drazin for review on the morning June 8, 2007,

by electronic mail. As of the time this paper was filed, no response has been received from the Plaintiff.

5.   The Plaintiff will not be prejudiced by this short delay.

6.   Accordingly, the Defendant respectfully requests that the Defendant's time to file a responsive pleading be extended in this case to June 15, 2007.

Respectfully submitted,

Dated: June 8, 2007          By:  _____
Charles W. Gilligan (D.C. 394710)
R. Richard Hopp (D.C. 432221)
O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 362-0041: telephone
(202) 362-2640: facsimile

Joseph J. Vitale (D.C. 430395) *pro hac vice*
COHEN, WEISS and SIMON LLP
330 West 42nd Street
New York, New York 10036
(212) 563-4100: telephone
(646) 473-8238: facsimile

*Attorneys for Defendant*
*United American Nurses, AFL-CIO*

### CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the Motion to Enlarge Time for Defendant's Responsive Pleading to be served electronically via the CM/ECF system this 8th day of June, 2007, upon:

Nicholas S. McConnell
Russell S. Drazin
JACKSON & CAMPBELL, P.C.
1120 Twentieth Street, N.W.
South Tower
Washington, DC 20036-3427
NMcConnell@jackscamp.com
Drazin@jackscamp.com

_____
R. Richard Hopp

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

AMERICAN NURSES ASSOCIATION, INC., )
d/b/a AMERICAN NURSES ASSOCIATION, )
)
)   Civil Action No. 1:07-cv-00878 (RCL)
                Plaintiff, )
)
   - v. - )
)
UNITED AMERICAN NURSES, AFL-CIO, )
)
                Defendant. )

## ORDER

Upon consideration of the Defendant's Motion to Enlarge Time for Defendant's Responsive Pleading, and the Plaintiff's opposition, if any, it is this ____ day of June, 2007, by the United States District Court for the District of Columbia hereby,

ORDERED:

1. The Motion to Enlarge Time for Defendant's Responsive Pleading be, and the same hereby is, GRANTED;

2. That the Defendant's responsive pleading shall be filed on or before June 15, 2007; and,

3. That the Clerk of Court transmit copies of this Order to all counsel of record.

                BY: _____
                         Royce C. Lamberth
                         United States District Court Judge

cc: Next page

cc:   Charles E. Gilligan
      R. Richard Hopp
      **O'DONOGHUE & O'DONOGHUE LLP**
      4748 Wisconsin Ave., N.W.
      Washington, DC  20016

      Nicholas S. McConnell
      Russell S. Drazin
      **JACKSON & CAMPBELL, P.C.**
      1120 Twentieth Street, N.W.
      South Tower
      Washington, DC  20036-3427

      Joseph Vitale
      **COHEN, WEISS AND SIMON LLP**
      330 West 42nd Street
      New York, NY  10036