UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Nurses Association, Inc., <br> d/b/a American Nurses Association, <br><br> Plaintiff, <br><br> v. <br><br> United American Nurses, AFL-CIO, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:07-cv-00878 (RCL) <br> ) <br> ) <br> ) <br> ) |

**RESPONSE OF AMERICAN NURSES ASSOCIATION, INC. TO
"MOTION TO ENLARGE TIME FOR DEFENDANT'S RESPONSIVE PLEADING"**

Plaintiff American Nurses Association, Inc. ("ANA"), by counsel, hereby respectfully responds to the "Motion to Enlarge Time for Defendant's Responsive Pleading" as follows:

Plaintiff neither consents nor objects to the "Motion to Enlarge Time for Defendant's Responsive Pleading," but notes that Defendant's deadline to file a pleading in response to the Complaint was May 15, 2007, see F.R.C.P. 81(c), Defendant did not move this Court for an extension of time to file a pleading in response until June 8, 2007, i.e., more than three (3) weeks *after* the deadline, and Defendant's Motion may not be granted absent a showing that the failure to act was the result of "excusable neglect," see F.R.C.P. 6(b).

The totality of Plaintiff's excuse is that "Defendant's primary counsel has been out of the office, and in addition, the individual responsible for assisting counsel on behalf of the Defendant has also been out of the office." See Motion to Enlarge Time for Defendant's Responsive Pleading, ¶ 2.

Defendant chose to remove this case from the Superior Court of the District of Columbia. Defendant's Answer in that court should have been filed one week before Defendant removed the case to this Court. Defendant's Answer in this Court was due five (5) business days after Defendant removed this case. Although Defendant chose to remove, it chose not to timely file an Answer in the Superior Court or this Court, it chose not to request Plaintiff's consent to an extension of time to file a pleading in response until *after* the deadline to file a pleading in response had passed, and it chose not to move this Court for an extension of time to file a pleading in response until *after* the deadline to file a pleading in response had passed.

Finally, so that the record before this Court is complete and accurate, Plaintiff notes as follows: undersigned counsel (Russell S. Drazin) telephoned Defendant's counsel (Joseph J. Vitale) on May 23, 2007 to ask whether and when Defendant would be filing a pleading in response; Mr. Vitale told Mr. Drazin that Defendant would file its pleading in response during the week beginning May 29, 2007; Defendant did not file its pleading in response during the week beginning May 29, 2007; Mr. Drazin contacted Mr. Vitale on June 8, 2007 to ask whether Defendant would consent to entry of default judgment in favor of Plaintiff and against Defendant; Mr. Drazin's written communication of June 8, 2007, a copy of which is attached hereto and made a part hereof as Exhibit "A," prompted Plaintiff's "Motion to Enlarge Time for Defendant's Responsive Pleading."

Respectfully submitted,

JACKSON & CAMPBELL, P.C.



_____
Nicholas S. McConnell (#167742)
nmcconnell@jackscamp.com
Russell S. Drazin (#470091)
rdrazin@jackscamp.com
1120 20th Street, N.W.
South Tower
Washington, DC  20036-3437
202-457-1600 (voice)
202-457-1678 (fax)

Counsel for Plaintiff American
Nurses Association, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of June, 2007, I caused copies of the Response of American Nurses Association, Inc. to "Motion to Enlarge Time for Defendant's Responsive Pleading" with appended Exhibit "A" and proposed form of Order to be served electronically and/or via first-class mail, postage prepaid, upon:

>Charles W. Gilligan, Esquire
>R. Richard Hopp, Esquire
>O'Donoghue & O'Donoghue LLP
>4748 Wisconsin Avenue, N.W.
>Washington, DC  20016
>
>Joseph J. Vitale, Esquire
>Cohen, Weiss and Simon LLP
>330 West 42nd Street
>New York, NY  10036
>
>Counsel for Defendant
>United American Nurses, AFL-CIO

*RD*
_____
Russell S. Drazin

**Drazin, Russell S.**

---

**From:** Drazin, Russell S.
**Sent:** Friday, June 08, 2007 1:18 AM
**To:** Joseph J. Vitale
**Cc:** Susan Davis; McConnell, Nicholas S.; rhopp@odonoghuelaw.com
**Subject:** ANA v. UAN

Joe --

This will follow up on our telephone conversation of May 23, 2007. You had told me that UAN would be filing an Answer by the end of the following week, which would have been June 1, 2007. As of May 23, 2007, UAN was in default for its failure to file a responsive pleading. No request for consent to an extension of time had been received. As of today, UAN has still not filed an Answer in this case. There still has been no request for consent to an extension of time. Does UAN consent to entry of default judgment?

Russell

Russell S. Drazin
JACKSON & CAMPBELL, P.C.
1120 Twentieth Street, N.W.
South Tower
Washington, DC 20036-3437
(202) 457-1690 (direct)
(202) 457-1600 (main)
(202) 457-1678 (fax)
rdrazin@jackscamp.com
www.jackscamp.com

Privileged and Confidential Communication
The information contained in this e-mail message may involve confidential and/or privileged material that is solely transmitted for the purposes of the intended recipient(s). If the reader of this message is not an intended recipient, or if this message has been inadvertently directed to your attention, you are hereby notified that you have received this message and any attached document(s) in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by return e-mail and delete and destroy all copies of the original message.



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Nurses Association, Inc., <br> d/b/a American Nurses Association, <br><br> Plaintiff, <br><br> v. <br><br> United American Nurses, AFL-CIO, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:07-cv-00878 (RCL) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER GRANTING/DENYING "MOTION TO ENLARGE
TIME FOR DEFENDANT'S RESPONSIVE PLEADING"**

Upon consideration of the "Motion to Enlarge Time for Defendant's Responsive Pleading," the Response thereto, and the entire record herein, it is, this _____ day of _____, 2007, hereby

**ORDERED**, that the Motion be, and the same hereby is, **GRANTED/DENIED**.

**SO ORDERED.**

---------------------------------
Royce C. Lamberth,
United States District Judge

COPIES TO:

Nicolas S. McConnell, Esquire
Russell S. Drazin, Esquire
1120 20th Street, N.W.
South Tower
Washington, DC  20036-3437

Counsel for Plaintiff American
Nurses Association, Inc.

Charles W. Gilligan, Esquire
R. Richard Hopp, Esquire
O'Donoghue & O'Donoghue LLP
4748 Wisconsin Avenue, N.W.
Washington, DC  20016

Counsel for Defendant
United American Nurses, AFL-CIO

Joseph J. Vitale, Esquire
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY  10036

Counsel for Defendant
United American Nurses, AFL-CIO