UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------x

AMERICAN NURSES ASSOCIATION, INC.,
d/b/a AMERICAN NURSES ASSOCIATION,

            Plaintiff,

- v. -

UNITED AMERICAN NURSES, AFL-CIO,

           Defendant.

------------------------------------------------------------ X

Civil Action No.
1:07-cv-00878 (RCL)

**REPLY BRIEF
OF DEFENDANT
UNITED AMERICAN
NURSES, AFL-CIO**

Defendant United American Nurses, AFL-CIO ("UAN") submits this brief in further support of its motion to extend the UAN's time to answer the complaint until June 15, 2007.

Given that the UAN did in fact file an answer on June 15 and that the American Nurses Association ("ANA") does not oppose the motion, the issue is moot and the motion should be granted.

So the record is complete and accurate, however, the UAN notes the following:

First, the ANA transmitted its complaint by e-mail on April 10, 2007 and the UAN acknowledged receipt on April 11. Although the state court complaint was not transmitted pursuant to FRCP 4(d)(3), the UAN calculated that it had at least 60 days from April 10, *i.e.*, until June 9, to answer. Thus, the UAN's June 8 motion for an additional seven days to answer was timely.

Second, when ANA's counsel Russell Drazin contacted the undersigned counsel on the Wednesday before Memorial Day weekend, May 23, Mr. Vitale informed Mr. Drazin that

00108726.DOC.1

it was his intention to file an answer in the next week or so. Mr. Drazin did not set a deadline of June 1 (the Friday after Memorial Day) to file an answer, nor did Mr. Vitale agree to any particular deadline.

Dated: June 26, 2007

Respectfully submitted,

_____
Joseph J. Vitale (D.C. 430395) *pro hac vice*
COHEN, WEISS and SIMON LLP
330 West 42nd Street
New York, New York 10036
(212) 563-4100

Charles W. Gilligan (D.C. 394710)
Richard Hopp (D.C. 432221)
O'Donoghue & O'Donoghue
4748 Wisconsin Avenue, N.W.
Washington, DC 20016
(202) 362-0041

Attorneys for Defendant
United American Nurses, AFL-CIO

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the reply brief to be served electronically via the CM/ECF system upon:

Nicholas S. McConnell
JACKSON & CAMPBELL, P.C.
1120 Twentieth Street, N.W.
South Tower
Washington, DC 20036-3427
NMcConnell@jackscamp.com

this 26th day of June 2007.

_____
Joseph J. Vitale

- 2 -