UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN NURSES ASSOCIATION, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-878 (RCL) |
| UNITED AMERICAN NURSES, AFL-CIO, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of defendant's Motion [9] to enlarge time for defendant's responsive pleading, the plaintiff's opposition, and the reply thereto, and the entire record herein, it is hereby

ORDERED:

1. The motion to enlarge time for defendant's responsive pleadings is GRANTED, *nunc pro tunc*;

2. That the defendant's responsive pleading was filed on June 15, 2007, and shall be deemed timely filed.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, July 5, 2007.