UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN NURSES ASSOCIATION, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-878 (RCL) |
| UNITED AMERICAN NURSES, AFL-CIO, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of the parties' Joint Report [16] Pursuant to LcvR 16.3, and the entire record herein, it is hereby

ORDERED, that the following discovery and trial schedule be entered:

| | |
|---|---|
| Discovery Commences | August 6, 2007 |
| Discovery Closes | 180 days after discovery commences |
| Dispositive Motions Due | 30 days after conclusion of discovery |
| Pretrial Conference and Trial | To be determined at status conference held after disposition of any dispositive motions |

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, August 6, 2007.