UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------------- x
AMERICAN NURSES ASSOCIATION, INC., :
d/b/a AMERICAN NURSES ASSOCIATION, :
:
                             Plaintiff, : Civil Action No.
: 1:07-cv-00878 (RCL)
     - v. - :
:
UNITED AMERICAN NURSES, AFL-CIO, :
:
                           Defendant. :
:
--------------------------------------------------------------- X

## MOTION FOR PERMISSION TO APPEAR *PRO HAC VICE*

The undersigned, R. Richard Hopp, a member of the Bar of this Court, pursuant to the Court's Local Civil Rule 83.2(d), hereby moves the Court to enter an Order permitting Travis M. Mastroddi to appear *pro hac vice* in this matter on behalf of the Defendant, United American Nurses, AFL-CIO. The Declaration of Travis M. Mastroddi and a proposed Order are also submitted in further support of this Motion.

Respectfully submitted,

DATED: August 24, 2007      By: _____
R. Richard Hopp (432221)
O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 362-0441: telephone
(202) 362-2640: facsimile
cgilligan@odonoghuelaw.com
rhopp@odonoghuelaw.com

*Attorneys for Defendant*
*United American Nurses, AFL-CIO*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------x
AMERICAN NURSES ASSOCIATION, INC.,
d/b/a AMERICAN NURSES ASSOCIATION,

                      Plaintiff,

    - v. -

UNITED AMERICAN NURSES, AFL-CIO,

                      Defendant.
------------------------------------------------------------x

Civil Action No.
1:07-cv-00878 (RCL)

## DECLARATION OF TRAVIS M. MASTRODDI IN
## SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Travis M. Mastroddi, declare under penalty of perjury:

1.     I am a partner in the law firm of Cohen, Weiss and Simon LLP. I submit this declaration in support of my appearance *pro hac vice* in the instant action.

2.     My contact information is

> Travis M. Mastroddi
> Cohen, Weiss and Simon LLP
> 330 West 42nd Street
> New York, New York 10036
> Phone: (212) 356-0248
> Fax:   (646) 473-8248
> tmastroddi@cwsny.com

3.     I have been a member in good standing of the bar of the state of New York since 2002. I am also a member in good standing of the bars of the Fourth Circuit of the United States Court of Appeals (December 3, 1999), the United States District Court for the District of Maryland (March 27, 1998), the United States District Court for the Eastern District of New York (January 20, 2004), the United States District Court for the Southern District of New York

(January 14, 2003), and the states of Maryland (December 12, 1997) and Connecticut (June 7, 2002).

    4.    I certify that no disciplinary proceedings are pending against me in any jurisdiction, and no discipline has ever been imposed upon me.

    5.    I have not been admitted *pro hac vice* in this court within last two years.

    6.    I do not practice law from an office within the District of Columbia.

    7.    I am not a member of the District of Columbia Bar.

Dated: August 23, 2007

_____
Travis M. Mastroddi

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------------ x
                                                                   :
AMERICAN NURSES ASSOCIATION, INC.,                                 :
d/b/a AMERICAN NURSES ASSOCIATION,                                 :
                                                                   :
                       Plaintiff,                              :   Civil Action No.
                                                                   :   1:07-cv-00878 (RCL)
  - v. -                                                           :
                                                                   :
UNITED AMERICAN NURSES, AFL-CIO,                                   :
                                                                   :
                       Defendant.                              :
                                                                   :
------------------------------------------------------------------ X

## ORDER

       Upon consideration of the Motion for Permission to Appear *pro hac vice* brought by R. Richard Hopp, a member of the Bar of this Court, seeking an Order to permit Travis M. Mastroddi to appear in this matter pursuant to Local Civil Rule 83.2(d), and upon consideration of the Declaration of Travis M. Mastroddi in support of the Motion, it is this ___ day of _____, 2007, hereby

       ORDERED, that the Motion for Permission to Appear *pro hac vice* (Docket No. 18) is GRANTED; and it is further

       ORDERED, that Travis M. Mastroddi is hereby permitted to appear in this matter *pro hac vice*.

       SO ORDERED.

                                          _____
                                          United States District Court Judge
                                          Royce C. Lamberth

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, INC., d/b/a AMERICAN NURSES ASSOCIATION, <br><br> Plaintiff, <br><br> - v. - <br><br> UNITED AMERICAN NURSES, AFL-CIO, <br><br> Defendant. | Civil Action No. 1:07-cv-00878 (RCL) |

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on this 24th day of August 2007, I electronically filed the foregoing MOTION TO APPEAR *PRO HAC VICE* with attachments with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following:

Nicholas S. McConnell    NMcConnell@jackscamp.com
Russell Scott Drazin      Rdrazin@jackscamp.com

_____
R. Richard Hopp

167474_1