UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, INC., d/b/a AMERICAN NURSES ASSOCIATION,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED AMERICAN NURSES, AFL-CIO,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 03-878 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the Motion for Permission to Appear *pro hac vice* brought by R. Richard Hopp, a member of the Bar of this Court, seeking an Order to permit Joseph J. Vitale to appear in this matter pursuant to Local Civil Rule 83.2(d), and upon consideration of the Declaration of Joseph J. Vitale in support of the Motion, it is this 22nd day of May, 2007, hereby

ORDERED, that the Motion [2] for Permission to Appear *pro hac vice* is GRANTED; and it is further

ORDERED, that Joseph J. Vitale is hereby permitted to appear in this matter *pro hac vice*.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, May 22, 2007.