UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 07-878 (RCL) ) |
| UNITED AMERICAN NURSES, AFL-CIO, | ) ) ) |
| Defendants. | ) ) |

## ORDER

Upon consideration of the Motion [18] for Permission to Appear *pro hac vice* brought by R. Richard Hopp. a member of the Bar of this Court, seeking an Order to permit Travis M. Mastroddi to appear in this matter pursuant to Local Civil Rule 83.2(d), and upon consideration of the Declaration of Travis M. Mastroddi in support of the motion, it is hereby

ORDERED, that the Motion for Permission to Appear *pro hac vice* is GRANTED, and it is further

ORDERED, that Travis M. Mastroddi is hereby permitted to appear in this matter *pro hac vice*.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, August 24, 2007.