UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------------ x
                                                                              :

AMERICAN NURSES ASSOCIATION, INC.,    :
d/b/a AMERICAN NURSES ASSOCIATION,    :
                                                                              :
                         Plaintiff,              :      Civil Action No.
                                                                              :      1:07-cv-00878 (RCL)
                                                                              :
          - v. -                           :
                                                         :
UNITED AMERICAN NURSES, AFL-CIO,     :
                                                         :
                      Defendant.         :
                                                         :
------------------------------------------------------------------X

## NOTICE OF APPEARANCE

        The Clerk of the Court will please note the entry of appearance by Travis M. Mastroddi of the law firm of Cohen, Weiss and Simon LLP, 330 West 42nd Street, New York, New York 10036, as counsel for Defendant in this matter.  Mr. Mastroddi has been permitted to appear in this matter by Order signed by United States District Judge Royce C. Lamberth on August 24, 2007 and filed on August 27, 2007 (Docket No. 20).  Mr. Mastroddi's email address is tmastroddi@cwsny.com; his telephone number is (212) 356-0248 and his facsimile number is (212) 473-8248.

                                              Respectfully submitted,

DATED: August  28, 2007            By:     /s/ Travis M. Mastroddi
                                                       Travis M. Mastroddi
                                                       COHEN, WEISS and SIMON LLP
                                                       330 West 42nd Street
                                                       New York, N.Y. 10036
                                                       (212) 356-0248:  telephone
                                                       (646) 473-8248:  facsimile
                                                       tmastroddi@cwsny.com

- 2 -

   /s/ R. Richard Hopp
R. Richard Hopp (432221)
O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 362-0441: telephone
(202) 362-2640: facsimile
cgilligan@odonoghuelaw.com
rhopp@odonoghuelaw.com

*Attorneys for Defendant*
*United American Nurses, AFL-CIO*